IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Kentwool Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ANSWERS TO LOCAL RULE 26.01 |
| v. | ) | INTERROGATORIES |
| | ) | |
| NetSuite, Inc., | ) | C.A. _____ |
| | ) | |
| Defendant. | ) | |

Defendant NetSuite, Inc. ("NetSuite") submits the following responses to the Court's interrogatories pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

**(A)** **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**ANSWER:**

None.

**(B)** **As to each claim, state whether it should be tried jury or non-jury and why.**

**ANSWER:**

Defendant requests a trial by jury as to all matters so triable.

**(C)** **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly-owned company which owns**

**ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**ANSWER:**

Defendant is a publicly owned company. T. Rowe Price Associates, Inc. owns 10.5% of total shares outstanding. There are no other responsive companies.

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**ANSWER:**

Defendant submits that Plaintiff filed this action in violation of a forum selection clause.

**(E)     Is this action related in whole or in part to any other matter filed in this District? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if head by different judges.**

**ANSWER:**

No.

**(F)** **If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

Not applicable.

**(G)** **If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

Not applicable at this time, though Defendant is still investigating the facts and circumstances of this action and reserves the right to assert claims against others, including Plaintiff, at the appropriate time.

|  |  |
|---|---|
|  | s/Thomas E. Vanderbloemen |
|  | Thomas E. Vanderbloemen (Fed. Id. # 9858) |
|  | Zachary L. Weaver (Fed. Id. # 11818) |
|  | Gallivan, White & Boyd, P.A. |
|  | 55 Beattie Place, Suite 1200 |
|  | P. O. Box 10589 |
|  | Greenville, SC  29603 |
|  | (864) 271-9580 |
|  | (864) 271-7502 (fax) |
|  | tvanderbloemen@gwblawfirm.com |
| Greenville, SC | zweaver@gwblawfirm.com |
|  |  |
| July 1, 2014 | Scott Gattey |
|  | *Pro Hac Vice* application forthcoming |
|  | Gattey Law Office |
|  | 1001 Laurel Street, Suite C |
|  | San Carlos, CA  94070 |
|  | (650) 596-7123 (direct) |
|  | (877) 269-4437 (fax) |
|  |  |
|  | Attorneys for Defendant |

3