EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Kentwool Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF |
| v. | ) | ROMAN BUKARY |
| | ) | |
| NetSuite, Inc., | ) | C.A. No. 6:14-cv-02678-TMC |
| | ) | |
| Defendant. | ) | |

I, Roman Bukary, am over 18 years of age, of sound mind, and capable of making this affidavit.

1.  I am Area VP, Manufacturing and Distribution Account Management for Defendant NetSuite, Inc. ("NetSuite").

2.  Attached hereto is a true and correct copy of a fully executed NetSuite Subscription Services Agreement and accompanying documents (the "Contract") that are referenced in Plaintiff's Complaint and which form the written Contract between NetSuite and Kentwool Company ("Kentwool").

Roman Bukary

SWORN TO and subscribed before
me this 27 day of July, 2014.

Notary Public of the State of Colorado
My Commission Expires: _____

YULIA SIMON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124033251
MY COMMISSION EXPIRES 5/29/2016

**NetSuite Subscription Services Agreement**

This NetSuite Subscription Services Agreement ("Agreement") is entered into as of the date of the last party to sign below ("Effective Date") between NetSuite Inc., a Delaware corporation, with its principal place of business located at 2955 Campus Drive, Suite 100, San Mateo, California 94403 ("NetSuite"), and Kentwool Inc., with its principal place of business located at 135 South Main St, Suite 200, Greenville, SC 29601 ("Customer"). Capitalized terms not defined elsewhere in this Agreement shall have the meaning given to them in the Terms of Service. NetSuite and Customer hereby agree as follows:

**1.    Subscription Service.**  Subject to the terms and conditions of this Agreement and during the Term, NetSuite shall make the Service available to Customer solely for Customer's and its Affiliates' Users for internal business operations. The terms of this Agreement shall also apply to updates, and upgrades subsequently provided by NetSuite to Customer for the Service. NetSuite shall host the Service and may update the functionality, user interface, usability and other user documentation, training and educational information of, and relating to the Service from time to time in its sole discretion and in accordance with this Agreement as part of its ongoing mission to improve the Service and customers' use of the Service.

**2.    Estimates/Order Forms.**  The Service shall be ordered by Customer or its Affiliates pursuant to Estimates/Order Forms.  Each Estimate/Order Form, the first one of which is attached hereto as Exhibit A, shall include at a minimum a listing of the Service and any NetSuite implementation services being ordered and the fees therefore.  Except as otherwise provided on the Estimate/Order Form, each Estimate/Order Form shall be subject to the terms and conditions of this Agreement.  For any order by Customer or its Affiliate for the benefit of Customer's Affiliate(s), the term "Customer" shall refer to Customer and such Affiliate(s).

**3.    Restrictions.**  Customer is responsible for all activities conducted under its User logins and for its Users' compliance with this Agreement. Customer's use of the Service shall not include service bureau use, outsourcing, renting, reselling, sublicensing, concurrent use of a single User login, or time-sharing of the Service. Customer shall not and shall not permit any third party to: (a) copy, translate, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code or modify the Service in any manner or form unless expressly allowed in the User Guide; (b) use unauthorized modified versions of the Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service; (c) use the Service in a manner that is contrary to applicable law or in violation of any third party rights of privacy or intellectual property rights; (d) publish, post, upload or otherwise transmit Customer Data that contains any viruses, Trojan horses, worms, time bombs, corrupted files or other computer programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any systems, data, personal information or property of another; or (e) use or knowingly permit the use of any security testing tools in order to probe, scan or attempt to penetrate or ascertain the security of the Service.

**4.    License Term, Fee, Payment & Taxes, Notices.**

**4.1.      Term of Agreement.**  The term of this Agreement shall be for 12 months commencing on 18 March 2013 ("Start Date") to 17 March 2014 ("End Date") ("**Initial Term**"), unless otherwise specified on the Estimate/Order Form or earlier terminated pursuant to Section 6, and the Term shall be extended as set forth in subsequent Estimate/Order Forms (each successive renewal term, a "Renewal Term") (collectively "Term").  If Customer has not signed and delivered the Estimate/Order Form to NetSuite regarding the upcoming Renewal Term prior to the expiration of the then current term, the Term shall be automatically extended for successive Renewal Terms of one (1) year each unless either party provides written notice of non-renewal to the other at least thirty (30) days before such expiration.

**4.2.      Fees and Payment.**  Customer shall pay the fees as specified in attached Estimate No(s). 228437 (Exhibit A) and in future Estimates/Order Forms. If NetSuite provides certain professional services to Customer, the professional services shall be provided by NetSuite pursuant to a NetSuite Professional Services Addendum attached hereto as Exhibit B (the "PS Addendum"), which, if applicable, is hereby fully incorporated herein by reference.

**4.2.1.**  Customer may renew the items shown on Exhibit A for two 12 month Renewal Terms at fees not to exceed an increase of 5% per annum, applied to the discounted fees shown in the attached Estimate (Exhibit A).  This option is available only if the numbers of Users and Modules on the renewal order are equal to or greater than those shown on Exhibit A.

**4.2.2.**  Additional Users and other items procured during a term will co-terminate with and be prorated through the then current end date.  Subject to Section 4.2.1 above, fees for the Service on all subsequent estimate/order forms and renewals shall be set at then current NetSuite pricing, unless otherwise agreed to by the parties.

**4.3.      Taxes.**  NetSuite fees do not include any local, state, federal or foreign taxes, levies or duties of any nature, including value-added, sale, use or withholding taxes ("**Taxes**"). Customer is responsible for paying all Taxes, excluding only taxes based on NetSuite's net income.  If NetSuite has the legal obligation to pay or collect Taxes for which Customer is responsible under this Section, the appropriate amount shall be invoiced to and paid by Customer unless

**NetSuite Subscription Services Agreement**

Customer provides NetSuite with a valid tax exemption certificate authorized by the appropriate taxing authority.

**4.4.     Late Payments.** Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum allowed by law, whichever is less.

**4.5.     Email and Notices.** Customer's email address for communication and notice purposes relating to this Agreement is mkent@kentwool.com (or subsequent email addresses as advised by Customer). Customer agrees to accept emails from NetSuite at the above e-mail address specified under this Section 4.5. NetSuite may provide any and all notices, statements, and other communications to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service. NetSuite recommends that the main and billing contact email addresses be group addresses (such as billing@customer.com) so that notices are reviewed promptly and not delayed due to the absence of one individual. In addition, NetSuite may rely and act on all information and instructions provided to NetSuite from the above-specified e-mail address.

**5.  Terms of Service.** Customer acknowledges and agrees it has read, understands and agrees to be bound by the Main Terms of Service (as may be updated from time to time) posted at www.netsuite.com/termsofservice or such other URL as specified by NetSuite (the "Terms of Service"), which are incorporated herein.

**6.  Termination.** Either party may immediately terminate this Agreement and all Estimates/Order Forms issued hereunder in the event the other party commits a material breach of any provision of this Agreement which is not cured within thirty (30) days of written notice from the non-breaching party.

Such notice by the complaining party shall expressly state all of the reasons for the claimed breach in sufficient detail so as to provide the alleged breaching party a meaningful opportunity to cure such alleged breach and shall be sent to the General Counsel of the alleged breaching party at the address listed in the heading of this Agreement (or such other address that may be provided pursuant to this Agreement) ("Notice"). Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated by Customer for any reason other than a termination expressly permitted by this Agreement, then NetSuite shall be entitled to all of the fees due under this Agreement for the entire Term. If this Agreement is terminated as a result of NetSuite's breach of this Agreement, then Customer shall be entitled to a refund of the pro rata portion of any subscription fees paid by Customer to NetSuite under this Agreement for the terminated portion of the Term.

**7.  Warranties.**

**7.1.     Warranty of Functionality.** NetSuite provides limited warranties of functionality as expressly provided in the Terms of Service.

**7.2.     Disclaimer of Warranties.** EXCEPT FOR THE WARRANTIES STATED IN THE TERMS OF SERVICE, NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE OVERALL SYSTEM THAT MAKES THE SERVICE AVAILABLE (INCLUDING BUT NOT LIMITED TO THE INTERNET, OTHER TRANSMISSION NETWORKS, AND CUSTOMER'S LOCAL NETWORK AND EQUIPMENT) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN TERMS OF SERVICE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS. EXCEPT AS STATED IN SECTIONS 2.7, 3.1, and 3.2 IN THE TERMS OF SERVICE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES.

**8.     Limitations of Liability.**

**8.1.     Exclusion of Consequential Damages.** CUSTOMER AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR LOST PROFITS OR REVENUE OR FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, COVER, SPECIAL, RELIANCE OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND HOWEVER CAUSED, WHETHER FROM BREACH OF WARRANTY, BREACH OR REPUDIATION OF CONTRACT, NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION FROM OR IN CONNECTION WITH THIS AGREEMENT (AND WHETHER OR NOT THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES TO THE MAXIMUM EXTENT PERMITTED BY LAW), OR OTHERWISE SHALL IN NO EVENT EXCEED THE DIRECT DAMAGE LIMITATIONS AS SET FORTH IN SECTION 8.2.

**NetSuite Subscription Services Agreement**

**8.2.    Limitations on Liability.**  Except with regard to amounts due under this Agreement, and a party's breach of Section 2.10 (Confidential Information) of the Terms of Service, the maximum liability of either party to any person, firm or corporation whatsoever arising out of or in the connection with any license, use or other employment of the Service, whether such liability arises from any claim based on breach or repudiation of contract, breach of warranty, negligence, tort, statutory duty, or otherwise, shall in no case exceed the equivalent of 12 months in subscription fees applicable at the time of the event, and in the event of a breach of Section 2.10 (Confidential Information) of the Terms of Service, such maximum liability of either party shall be an amount equal to three (3) times the equivalent of 12 months of subscription fees applicable at the time of the event. Notwithstanding the previous sentence, neither party shall be liable to the other party to the extent such liability would not have occurred but for the other party's failure to comply with the terms of this Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this Agreement. The parties acknowledge that the limitations set forth in this Section are integral to the amount of fees charged in connection with making the Service available to Customer and that, were NetSuite to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher.

**8.3.    Exceptions.** THE LIMITATIONS OF LIABILITY SET FORTH IN THIS SECTION 8 SHALL NOT APPLY TO EITHER PARTY'S INDEMNITY OBLIGATIONS EXCEPT AS SET FORTH IN SECTION 6 OF THE TERMS OF SERVICE. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

**9.  General Provisions.**

This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but neither party may assign this Agreement without written consent of the other, except that NetSuite may assign without consent to a related entity or the successor of all or substantially all of the assignor's business or assets to which this Agreement relates. There are no third-party beneficiaries to this Agreement. This Agreement does not create any joint venture, partnership, agency, or employment relationship between the parties, although NetSuite reserves the right to name Customer as a user of the Service. This Agreement, including all exhibits and/or Estimate/Order Forms, shall constitute the entire understanding between Customer and NetSuite and is intended to be the final and entire expression of their agreement. The parties expressly disclaim any reliance on any and all prior discussions, emails, RFP's and/or agreements between the parties. There are no other verbal agreements, representations, warranties undertakings or other agreements between the parties. Under no circumstances will the terms, conditions or provisions of any purchase order, invoice or other administrative document issued by Customer in connection to this Agreement be deemed to modify, alter or expand the rights, duties or obligations of the parties under, or otherwise modify, this Agreement, regardless of any failure of NetSuite to object to such terms, provisions, or conditions. The Agreement shall not be modified or amended, except as expressly set forth herein, or in writing and signed or accepted electronically by the party against whom the modification, amendment or waiver is to be asserted, or by a properly executed Estimate/Order Form.  Notwithstanding the above, after execution of this Agreement, and during the electronic provisioning of Customer's account, Customer will be presented with the requirement to "agree" to a click through agreement pertaining to "Terms of Service for NetSuite Applications" before Customer's account can be successfully provisioned. Customer acknowledges that other click through agreements found at www.netsuite.com/termsofservice (or other similar sites) shall apply if such optional services are subsequently ordered or activated by Customer. This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law and excluding the Uniform Computer Information Transactions Act (UCITA). Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement (or the Service) shall be subject to the exclusive jurisdiction of the state and federal courts located in California and must be brought in state or federal courts located in San Mateo or San Francisco County, California, as permitted by law. In the event of any litigation of any controversy or dispute arising out of or in connection with this Agreement, its interpretations, its performance, or the like, the prevailing party shall be awarded reasonable attorneys' fees and/or costs. Customer shall compensate NetSuite (including reimbursement of costs) for responding to any request from a third party for records relating to Customer or a User's use of the Service.  Such requests can be a lawful search warrant, court order, subpoena, other valid legal order, or written consent from the User permitting the disclosure. If any provision is held by a court of competent jurisdiction to be contrary to law, such provision shall be eliminated or limited to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect. A waiver of any breach under this Agreement should not constitute a waiver of any other breach or future breach. Neither party shall be liable for any loss or delay (including failure to meet the service level commitment) resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage (other than those involving NetSuite employees), internet service provider failures or delays, civil unrest, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event. Sections 4.2, 4.3, 4.4, 7.2, 8 and 9 of this Agreement and Sections 2.10, 2.12, 2.13, 2.15, 6, 7.4, and 9 of the Terms of Service shall survive the termination or expiration of this Agreement. This Agreement may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this Agreement executed in ink by both parties.

Document Integrity Verified                                                                                        EchoSign Transaction Number: SFFQC84E4L7N6B

### NetSuite Subscription Services Agreement

THE PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS, AND THE PERSON SIGNING ON BEHALF OF EACH HAS BEEN AUTHORIZED TO DO SO. IF THE PERSON SIGNING BELOW AS CUSTOMER IS ENTERING INTO THIS AGREEMENT ON BEHALF OF A COMPANY OR OTHER LEGAL ENTITY, SUCH PERSON REPRESENTS THAT HE OR SHE HAS THE AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO THESE TERMS AND CONDITIONS.

| CUSTOMER | NETSUITE INC. |
|---|---|
| By: _Mark B. Kent_ | By: _Daniel Lorenzo_ |
| Mark B. Kent (Mar 14, 2013) | Daniel Lorenzo (Mar 14, 2013) |
| **Print Name:** Mark B. Kent | **Print Name:** Daniel Lorenzo |
| **Title:** CEO | **Title:** Vice President, Sales |
| **Company:** KENTWOOL | **Company:** Netsuite |
| **Date:** Mar 14, 2013 | **Date:** Mar 14, 2013 |
| mkent@kentwool.com | dlorenzo@netsuite.com |

*This Agreement may be signed electronically, in which case signatures may appear above or on the last page.*

Exhibits

A        Estimate/Order Form
B        NetSuite Professional Services Addendum

Document Integrity Verified        EchoSign Transaction Number: SFFQC84E4L7N6B

**NetSuite Subscription Services Agreement**

Exhibit A – Estimate/Order Form

The "Estimate/Order Form" will be attached following this page. The Estimate/Order Form contains applicable items procured or subscribed for and fees and related details. The Estimate/Order Form is hereby subject to the terms of this Agreement.

Document Integrity Verified                                                                    EchoSign Transaction Number: SFFQC84E4L7N6B

 **NET**SUITE

# Estimate

Page 1 of 5

| | |
|---|---|
| Date | 3/7/2013 |
| Estimate # | 228437 |
| Acct. No. | 3633844 |
| Expires | 3/31/2013 |
| Sales Rep | CURRIE, DAWSON |
| Terms | See Below |
| Partner | 37603 Square Boxx LLC |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |
| Currency | USD |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

**Bill To**
KENTWOOL
135 South Main St.
Suite 200
Greenville SC 29601
United States

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| | | LICENSE AND SUPPORT | | |
| NetSuite Manufacturers Mid Market Edition | 1 | NetSuite Manufacturers Mid Market Edition. ** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, ** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support ** Productivity tools including contacts/calendar/events ** Lot Management ** Multiple Units of Measure ** Matrix Items: automatically manage multiple item options ** Serialized Inventory ** Bar Coding: items and transactions ** Pick, Pack, Ship ** Advanced Shipping with integrated UPS or FedEx shipping ** Assemblies with management of multi-level sub-components, assembly build/unbuild, and inventory tracking of finished build vs. sub-components ** Work Orders for managing both Production Order and Special Order assembly build workflows to replenish stock levels or handle custom orders ** Work in Process tracking with work order issue and completion ** Ecommerce publishing engine with integrated catalog, secure shopping cart and customer self-service ** Real-time Dashboards with key business metrics, report snapshots ** Customer Center and Partner Center logins ** 5 Employee Self-Service Users ** 30,000 integrated bulk mail merges per month ** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients ** 10 GB File Cabinet and 10 GB Data storage per account ** 500 integrated Web store items ** All Oracle Database & Application Server O/S licenses | 12 | |
| OneWorld Module - Mid Market Edition | 1 | NetSuite OneWorld includes ** 10 Subsidiary companies ** Multi- company / Multi-org support in single NetSuite Account ** Segregated ERP and G/L for each Subsidiary ** Global CRM and Sales Support ** Multiple transaction and consolidation currencies ** Local functional currency reporting for each Subsidiary ** Real-time consolidated financial reporting for multiple currencies ** Multi-country regulatory tax and reporting support | 12 | |
| Incentive Compensation Module - Mid Market Edition | 1 | Incentive Compensation for NetSuite & NetSuite CRM+ ** Commission Schedules based on products, percentage attainment, thresholds and dates ** Commission Plans with multiple Commission Schedules ** Automated management of Special Incentives (spiffs) ** Roll Up Commissions Plans with Manager Incentives ** Executive Commission Plan management ** Process and pay Commissions (U.S. version & NetSuite Payroll required) ** Alt Sales Amount (ASA) | 12 | |
| Module - Demand Planning - Mid Market Edition | 1 | Demand Planning Module: ** Demand projection of items ** Inventory Planning ** Automatic generation of purchase orders and/or work orders based on historical or forecasted demand. | 12 | |

 **NETSUITE**

**Estimate**

Page 2 of 5

| | |
|---|---|
| **Date** | 3/7/2013 |
| **Estimate #** | 228437 |
| **Acct. No.** | 3633844 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| | | Work orders requires an additional module ** Advanced Inventory module is required | | |
| Advanced Financials Module - Mid Market Edition | 1 | Advanced Financials:<br>** Advanced Budgeting<br>** Expense Allocations<br>** Amortization Schedules<br>** Advanced Billing Schedules<br>** Milestone Billing (when used with Advanced Project Accounting) | 12 | |
| Advanced Projects - Mid Market Edition | 1 | ** Advanced Project Module<br>** Estimated Costing<br>** Project Time Tracking<br>** Project Task Management<br>** Utilization & Backlog Reporting | 12 | |
| Fixed Asset Management Module – Mid Market Edition | 1 | ** Acquire, Depreciate, Dispose and Revalue assets<br>** Depreciation Management<br>** Asset Process Accounting Automation<br>** Real Time Asset Reporting<br>** Up to 25,000 assets | 12 | |
| NetSuite Retail Anywhere Module - Mid Market Edition | 1 | NetSuite Retail Anywhere Module point of sale capabilities include:<br>** Process retail transactions<br>** Process returns and refunds<br>** Manage cash-drawer<br>** Manage multiple levels of security<br>** Time clock tracking<br>** Offline database to enable POS terminal to operate without continuous internet connectivity<br>** Store data replication<br>** Store level reporting<br>** Requires Retail Location(s) access and POS Terminal Access, each sold separately<br>** The NetSuite Retail Anywhere Module is provided pursuant to the NetSuite Retail Anywhere Addendum posted at www.netsuite.com/TOS | 12 | |
| NetSuite Retail Anywhere-Retail Location(s) Access-MidMarket | 1 | ** Provides ability to uniquely track sales data and inventory in the NetSuite Service for each Retail Location<br>** Includes one Retail Location<br>** Requires minimum of one POS Terminal Access per Retail Location | 12 | |
| NetSuite Retail Anywhere - POS Terminal Access - Mid Market | 1 | ** Includes one POS Terminal Access | 12 | |
| NetSuite Mid Market Edition User | 25 | General access user for NetSuite Mid Market Edition. | 12 | |
| Advanced Partner Center User | 10 | Access to the Advanced Partner Center for unaffiliated third parties doing business with customer. | 12 | |
| NetSuite Gold Customer Support | 1 | NetSuite Gold Support provides a toll free phone number for technical support 24 x 7 worldwide for Severity 1 and 2 issues. Cases may also be submitted online.   Current URL Terms for support are located at www.netsuite.com/supportterms. | 12 | |
| Subtotal | | | | |

 NETSUITE

**Estimate**

Page 3 of 5

| | |
|---|---|
| **Date** | 3/7/2013 |
| **Estimate #** | 228437 |
| **Acct. No.** | 3633844 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| Discount | | Discount | | |
| Subtotal | | | | |
| | | PROFESSIONAL SERVICES | | |
| Time & Material Services | 416 | | 12 | |
| NetSuite Essentials | 1 | ENTER: ATTENDEE NAME: EMAIL: LOCATION: DATES: | 12 | |
| | | Attendees can utilize this course seat to attend NetSuite Essentials or Essentials OneWorld to best support their implementation needs. | | |
| | | This course demonstrates how standard ERP and CRM business processes work in NetSuite and best practices to set up, configure, and maintain core functionality. | | |
| | | Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/administrators.shtml) | | |
| | | This course must be completed, or forfeited, no later than one (1) year after purchase. By acceptance of this Order, the purchaser acknowledges and agrees to abide by NetSuite's training cancellation policies as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| SuiteAnalytics | 1 | ENTER: ATTENDEE NAME: EMAIL: LOCATION: REQUESTED DATES: | 12 | |
| | | This seat can be used for either SuiteAnalytics: Reports and Searches or SuiteAnalytics: Financial Reports. Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/catalog.shtml) | | |
| | | This course purchase is subject to the cancellation policy as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| NetSuite Retail Anywhere POS Training | 1 | ENTER: ATTENDEE NAME: EMAIL: LOCATION: DATES: | 12 | |
| | | RAPOS101: RAPOS Essentials for Business is a comprehensive three day class demonstrating all front of house functionality, POS reporting, POS configuration, and POS Maintenance. This class is designed to inform key Customer staff to assist in system configuration, end user training, and go live and future support of the application. At least one member of Customer project team MUST attend and two or more is strongly recommended. Course details and schedules can be found on our Training website | | |

 **NETSUITE**

# Estimate

Page 4 of 5

| | |
|---|---|
| **Date** | 3/7/2013 |
| **Estimate #** | 228437 |
| **Acct. No.** | 3633844 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| | | (http://www.netsuite.com/portal/services/training/administrators.shtml) This course must be completed, or forfeited, no later than one (1) year after purchase. By acceptance of this Order, the purchaser acknowledges and agrees to abide by NetSuite's training cancellation policies as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice | | |
| | | The items included in this Estimate are based on our understanding of your business application requirements. While you may have seen some of these features or discussed them with a NetSuite representative, the items below are NOT INCLUDED in this estimate. Should you have any questions about the items not included, please contact your NetSuite representative before returning the signed Estimate. | | |
| | | Issue Management - including Track and Manage Issues, Integration with Customer Support | | |
| | | ODBC - including ODBC Connections for Advanced Reporting | | |
| | | Revenue Recognition - Including Revenue Recognition, Forecast Revenue, VSOE | | |
| | | Site Builder and Analytics - including Advanced Site Customization, Advanced Web Search, External Catalog Site (WSDK), Web Hosting, Advanced Site Reports | | |
| | | Contract Renewals including - Automated Contract Renewals, Multiple Contract Support, Upsell / Downsell Management, Sales through multiple channels, Uplift Management | | |
| | | Website Checkout - including use of your custom, secure URL for the checkout sequence of your websites (up to 10) running on NetSuite to reflect your brand (ex: mycompany.checkout.com). Requires security certificates (purchased from your domain provider) | | |

 **NET**SUITE

# Estimate

Page 5 of 5

| | |
|---|---|
| **Date** | 3/7/2013 |
| **Estimate #** | 228437 |
| **Acct. No.** | 3633844 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| | | | | |

** NetSuite does not accept credit card payments for invoices of more than $20,000.

Notwithstanding anything to the contrary in any other agreement or communication, upon your execution, this document is a binding order for the products and services pursuant to the terms and fees set forth herein.

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

_____     _____     _____
Print Name                 Signature                   Date

Except as set forth above, the terms and conditions of the applicable agreement between you and NetSuite (including any updated URL Terms or other applicable web based terms in effect as of the date of this document) shall apply to the products and/or services set forth on this document.

✔ Document Integrity Verified                                 EchoSign Transaction Number: SFFQC84E4L7N6B

**NetSuite Subscription Services Agreement**

Exhibit B – Professional Services Addendum

**THIS PROFESSIONAL SERVICES ADDENDUM** ("Addendum") is an addendum to the Subscription Services Agreement (the "Agreement") between NetSuite Inc. and the Customer identified in the Agreement ("Customer").

Customer has entered into the Agreement for the provision of the Service (as defined therein). Now Customer desires to additionally procure, and NetSuite desires to render, certain professional, educational, training, operational and/or technical services in connection with the Service pursuant to the terms and conditions herein. Capitalized terms used in this Addendum shall have the meaning defined under the Agreement. **The terms and conditions of this Addendum are hereby incorporated by reference into the Agreement.** In the event of conflict between this Addendum and the Agreement, the terms and conditions of this Addendum shall prevail with respect to the subject matter herein. The terms in the Statements of Work related to the actual rates to be charged and the days and description of the Professional Services to be performed thereunder shall control as to the engagement described in that Statement of Work, but conflicting or additional legal terms may only be made effective by amendment to this Addendum even if they are to apply only to one Statement of Work.

**1. Scope of Services.** Subject to the terms and conditions of the Agreement and this Addendum, NetSuite will provide Customer with Professional Services as set forth in the applicable statements of work mutually executed by NetSuite and Customer or an Estimate/Order Form (each, a "Statement of Work" or "SOW"). NetSuite and Customer shall, from time to time, execute Statements of Work that specify the professional services to be provided to Customer hereunder (the "Professional Services"). Each Statement of Work will include, at a minimum: (i) a description of the Professional Services and any work product or other deliverables and/or training materials to be developed and/or provided to Customer (each, a "Deliverable"); (ii) the scope of Professional Services; and (iii) the applicable fees and payment terms for such Professional Services, if not elsewhere specified. All Statements of Work shall be deemed part of and subject to this Addendum.

**2. Change Management Process.** If Customer or NetSuite requests a change in any of the specifications, requirements, Deliverables, or scope (including drawings and designs) of the Professional Services described in any Statement of Work, the party seeking the change shall propose the applicable changes by written notice. Within forty-eight (48) hours of receipt of the written notice, each party's project leads shall meet, either in person or via telephone conference, to discuss and agree upon the proposed changes. NetSuite will prepare a change order describing the proposed changes to the Statement of Work and the applicable change in fees and expenses, if any (each, a "Change Order"). Change Orders are not binding unless and until they are executed by both parties. Executed Change Orders shall be deemed part of, and subject to, this Addendum. If the parties disagree about the proposed changes, the parties shall promptly escalate the change request to their respective senior management officers for resolution.

**3. Project Materials.**

**3.1 Deliverables.** NetSuite shall own all rights, title and interest in and to the Deliverables (excluding any Customer Property), and related intellectual property rights. Subject to terms and conditions of the Agreement and this Addendum, and during the Term, NetSuite hereby provides Customer with a limited, non-exclusive, non-transferable (except in connection with an assignment under the General Provisions section of the Agreement applicable to assignment) and terminable license to use the Deliverables solely for Customer's internal operations in connection with its authorized use of the applicable Service.

**3.2 Tools.** Notwithstanding any other provision of this Addendum: (i) nothing herein shall be construed to assign or transfer any intellectual property rights in the proprietary tools, libraries, know-how, techniques and expertise ("Tools") used by NetSuite to develop the Deliverables, and to the extent such Tools are delivered with or as part of the Deliverables, they are licensed, not assigned, to Customer, on the same terms as the Deliverables; and (ii) the term "Deliverables" shall not include the Tools.

**3.3 Customer Property.** Customer shall own all rights, title and interest in and to any Customer Property. "Customer Property" means any Customer technology, Customer-specific business processes, or deliverables that are specifically designated as Customer-owned property in a Statement of Work. NetSuite shall have the right to use any such Customer Property solely for the purpose of providing the Professional Services to Customer hereunder.

**4. Professional Services Warranty.**

**4.1 Professional Services Warranty.** NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, and resources to provide and perform the services in accordance with this SOW; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. NetSuite's ability to successfully perform hereunder is dependent upon Customer's provision of timely information, access to resources, and participation. If through no fault or delay of Customer the Professional Services do not conform to the foregoing warranty, and Customer notifies NetSuite within sixty (60) days of NetSuite's delivery of the Professional Services, Customer may require NetSuite to re-perform the non-conforming portions of the Professional Services.

**4.2 Disclaimer.** THE WARRANTIES STATED IN SECTION 4.1 ABOVE ARE THE SOLE WARRANTIES AND REMEDIES FOR CUSTOMER AND EXCLUSIVE OBLIGATIONS OF NETSUITE RELATED TO THE PROFESSIONAL SERVICES AND

Document Integrity Verified

**NetSuite Subscription Services Agreement**

DELIVERABLES TO BE PERFORMED FOR AND DELIVERED TO CUSTOMER PURSUANT TO THIS ADDENDUM AND ANY STATEMENT OF WORK. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, TITLE AND NON-INFRINGEMENT.  EXCEPT AS PROVIDED HEREIN, THE PROFESSIONAL SERVICES AND DELIVERABLES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

**5.  Limitations of Liability for Professional Services.**  IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT,NEGLIGENCE, TORT, STATUTORY DUTY OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH A SOW. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE APPLICABLE SOW OR AGREEMENT, THE MAXIMUM LIABILITY OF NETSUITE TO ANY PERSON, FIRM OR CORPORATION WHATSOEVER ARISING OUT OF OR IN THE CONNECTION WITH ANY PROFESSIONAL SERVICES OR DELIVERABLES SHALL BE THE AMOUNT PAID BY CUSTOMER FOR THE PROFESSIONAL SERVICES.  THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF THE PARTIES ARISING FROM THIS ADDENDUM AND ANY STATEMENT OF WORK. THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH THE PROFESSIONAL SERVICES AND THAT, WERE NETSUITE TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER. CERTAIN STATES AND/OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE EXCLUSIONS SET FORTH ABOVE MAY NOT APPLY TO CUSTOMER. NOTHING IN THIS AGREEMENT EXCLUDES OR RESTRICTS THE LIABILITY OF EITHER PARTY FOR DEATH OR PERSONAL INJURY RESULTING FROM ITS NEGLIGENCE.

**6.  Term.**  This Addendum shall be effective as of the Effective Date of the Agreement and shall continue in effect during the Term of the Agreement. Each SOW shall commence on the date it is last signed, and shall expire upon completion of the project set forth in the applicable SOW, or as otherwise set forth in the applicable SOW. Sections 4.2 and 5 through 11 shall survive termination of this Addendum.

**7.   Independent Contractor.**  NetSuite's relationship with Customer pursuant to this Addendum will be that of an independent contractor. Neither party will have any authority to bind the other, to assume or create any obligation, to enter into any agreements, or to make any warranties or representations on behalf of the other.  Nothing in this Addendum shall be deemed to create any agency, partnership or joint venture relationship between the parties.  Each party is solely responsible for all of its employees and agents and its labor cost and expenses and for any and all claims, liabilities or damages or debts of any type whatsoever that may arise on account of each party's activities or those of its employees or agents in the performance of this Addendum. NetSuite reserves the right to use third parties (who are under a covenant of confidentiality with NetSuite), including, but not limited to, offshore subcontractors to assist with the Professional Services, including, without limitation, any data migration, configuration, implementation and custom code development processes.

**8.   Non-Impediment.**  Provided that NetSuite does not use any Customer Property except as permitted herein, nothing in this Addendum shall be construed as precluding or limiting in any way the right of NetSuite to provide consulting, development, or other services of any kind to any individual or entity (including without limitation performing services or developing materials which are similar to and/or competitive with the Professional Services and/or Deliverables hereunder).

**9.   Non-Solicitation.**  To the extent permissible by applicable law, during the Term and for a period of twelve (12) months following termination or expiration of the Agreement, Customer agrees that it will not directly solicit the engagement or employment of any of the employees or contractors of NetSuite who have been engaged in the provision of Professional Services, without written permission of NetSuite. The foregoing will not apply to persons who have independently responded to general solicitations (such as general newspaper advertisements and internet postings) not targeting such persons.

**10. Dispute Resolution.**  Each party agrees that before it or any employee, agent or representative of the party files a claim or suit with a federal or state agency or court, it shall provide thirty (30) days prior written notice to the other and that, within such thirty (30) day period (or longer, if extended by mutual desire of the parties), authorized representatives of the parties shall meet (or confer by telephone) at least once in a good faith attempt to resolve the perceived dispute.

**11. Entire Addendum.**  The parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the Service to achieve the requirements identified by Customer.  This Addendum, together with the attached exhibits that are incorporated by reference, and the Agreement, constitute the complete agreement between the parties and supersede all prior or contemporaneous agreements or representations, written or oral, concerning the subject matter of this Addendum and such exhibits. The parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite.  No other act, document, usage or custom shall be deemed to amend or modify this Addendum unless agreed to in writing signed by a duly authorized representative of both parties. In the event of any conflict between the terms of this Addendum and the terms of the Agreement, this Addendum shall control.



Shared
Consulting

Statement of Work

# for

**Kentwool**

671 Runnymede Road P.O. Box 67

Pickens, SC 29671

Shared Implementation

March 6, 2013

  Shared Consulting – Statement of Work

# Statement of Work

# Table of Contents

1.  INTRODUCTION ........................................................................................................3
2.  SCOPE OF SERVICES.............................................................................................4
3.  PROJECT SCHEDULE .............................................................................................16
4.  PROJECT TEAM .......................................................................................................16
5.  TRAINING SERVICES .............................................................................................20
6.  PROJECT ASSUMPTIONS.....................................................................................22
7.  PRICING & PAYMENT TERMS .............................................................................24
8.  SIGNATURES............................................................................................................26

**Confidentiality Notice**

*The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished for Customer's implementation. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.*

 **NETSUITE** **OpenAir**                    **Shared Consulting – Statement of Work**

## 1. Introduction

**Effective Date:**      **March 6, 2013**
**Customer Name:**    **Kentwool** ("Customer")

This Statement of Work ("SOW") describes the professional services (the "Professional Services") to be performed by NetSuite Inc. ("NetSuite") for the Customer ("Customer") (collectively "Parties") pursuant to (i) the Professional Services Addendum to the NetSuite Subscription Services Agreement, or (ii) the NetSuite Professional Services Agreement(as applicable, the "Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the Agreement.  In the event of any inconsistency or conflict between the terms and conditions of this SOW and the Agreement, the terms and conditions of this SOW shall govern with respect to the subject matter of this SOW only. Capitalized terms used in this SOW shall have the meaning defined under the Agreement. This SOW may not be modified or amended except in a writing signed by a duly authorized representative of each party.

The terms and conditions and pricing listed in this SOW shall be valid for a period of thirty (30) days from the date that this SOW is provided by NetSuite to Customer and will expire unless executed by the Parties.

### 1.1.  Our Understanding of the Project

Customer is in the process of implementing NetSuite hosted applications (as applicable, the "Application") to be initially or further incorporated into its business environment or expanding the Application.  Customer has requested that NetSuite's professional services team ("NetSuite PS") provide consultants to assist Customer's staff with the implementation and/or configuration of the Application functional areas as set forth below (the "Project").

In performing the Professional Services hereunder, NetSuite expects to use the NetSuite One Methodology project approach, which is based on the concept of shared project responsibility.  A Shared Consulting implementation is a cooperative, hands-on Project, jointly managed by NetSuite PS and Customer. NetSuite PS works with Customer to plan the Project – its functional scope, the schedule, the resources, and the budget.  Upon completion of the plan, each Party has a set of project responsibilities, which must be completed in a timely manner, to ensure the Project meets its objectives.  The plan will be created with a single deployment schedule – meaning, all functional areas listed in this SOW will be configured and deployed at the same time and will not have multiple phases.

The NetSuite One methodology is described in more detail at http://www.netsuite.com/portal/services/consulting/methodology.shtml. The NetSuite implementation is composed of activities logically grouped into distinct stages, which NetSuite believes makes it easier to provide management and control during the lifecycle of a project.  Not all projects, or professional service engagements, will always use all stages and complete all the activities outlined in this methodology.  This staged approach has been designed to be flexible enough to allow specific requirements to be properly addressed and for methods and techniques to be selected and implemented as needed.

NetSuite PS consultants will teach Customer how to configure and maintain the system in order for Customer to become self-sufficient with the functionality.  For example, NetSuite PS will show Customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the Implementation Project approach – Shared project responsibility.

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3PI

**NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

Additionally, Customer is responsible for ensuring that common, consistent functional processes exist across the organization; including parent and all subsidiary companies (e.g. there will be one common Order to Cash process across the entire organization).

## 2. Scope of Services

This section of the SOW details the functional scope of the Professional Services to be provided during the Project. All Application functions referenced herein are assumed to be standard functionality implemented through configuration changes only, except as may be specified in the Customization sections below. Any modifications to the standard Application functionality that require additional configuration or customization will require a Change Order to this SOW. Unless otherwise noted, the Application will be implemented in English only. The Professional Services will be provided remotely, with communications via telephone, email and web-conference (the standard platform for online delivery is Cisco WebEx tools) from NetSuite's own facilities, except as otherwise agreed to in writing.

With respect to business process mapping sessions, NetSuite will conduct such sessions using best practices and the standard questionnaires as the model. These sessions will be conducted on-site over **2** consecutive days. The on-site schedule will be determined between NetSuite and Customer project teams upon project start. If additional on-site days are deemed necessary, this request will be handled through change management.

### 2.1   Key Scope and Approach Assumptions

a. In order to promote successful user adoption of the NetSuite Service, and in order to facilitate ongoing maintenance, support and enhancements, it is required that Customer assigns an internal NetSuite administrator to actively participate in reviews of the work completed. It is assumed that this person will be identified and engaged prior to the start of this Project.

b. In order to increase the effectiveness and efficiency of mapping business requirements, Customer must schedule and participate in the NetSuite Essentials prior to completing any process mapping questionnaires provided by NetSuite.

c. NetSuite will leverage standard NetSuite Service process flows as a best practice during the Project and recommend solutions that minimize customization and optimize system use where possible.

d. Customer will be solely responsible for user acceptance testing ("UAT") of configured and implemented processes and for creation of test cases. NetSuite will provide Customer with sample test cases based on standard NetSuite processes as a starting point.

e. Customer will be responsible for any of its organizational change and communication management activities associated with the Project. Any assistance from NetSuite will require a Change Order.

Document Integrity Verified                    EchoSign Transaction Number: SFFS5UN6B9XV3P

   **Shared Consulting – Statement of Work**

## 2.2   Functional Areas Summary

A summary of the NetSuite Application functional areas follows, with a designation to signify if a portion of functionality is in or out of scope for this Project.

| Functional Area | Description | In/Out Scope |
|---|---|---|
| Front Office Functions | Customer Relationship Management | In Scope |
| | Marketing Campaign Automation | In Scope |
| | Sales Force Automation | In Scope |
| | Incentive Compensation | In Scope |
| | Case Management | In Scope |
| | Issue Management | Not In Scope |
| | Partner Relationship Management | In Scope |
| | Advanced Partner Center | In Scope |
| | Customer Center | In Scope |
| Back Office Functions | Accounting | In Scope |
| | Multi-Currency | In Scope |
| | Item Management | In Scope |
| | Advanced Inventory | In Scope |
| | Light Manufacturing | In Scope |
| | Work in Process | Not In Scope |
| | Demand Planning | In Scope |
| | Electronic File Download | Not In Scope |
| | Order Management | In Scope |
| | Purchasing | In Scope |
| | Basic Project Management | Not In Scope |
| | Advanced Projects | In Scope |
| | Advanced Financials | In Scope |
| | Advanced Billing | Not In Scope |
| | Revenue Recognition | Not In Scope |
| | Advanced Revenue Recognition | Not In Scope |
| | Contract Renewals | Not In Scope |
| | Fixed Asset Management | In Scope |
| | Payroll | Not In Scope |
| | Employee Center | In Scope |
| | Financial Subsidiary Management & Consolidation | In Scope |
| Dashboards & Configuration | Dashboard Setup & Configuration | In Scope |
| Data Migration | Data Migration Assistance | In Scope |
| Analytics Consulting | Analytics Services | Not In Scope |
| NetCommerce | Ecommerce | Not In Scope |
| Custom Objects | Custom Records | In Scope |
| | Custom Fields | In Scope |
| | Custom Forms | In Scope |
| Customization | SuiteScript Automation | In Scope |
| | SuiteTalk Integration | Not In Scope |
| | SuiteFlow Automation | In Scope |
| Professional Services Solution | eCommerce Edition Solution | Not In Scope |
| | Media & Publishing Edition Solution | Not In Scope |
| End User Training | Training for end users | In Scope |

© 2013 NetSuite Inc.
Proprietary and Confidential

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3P

 **NETSUITE** **OpenAir**                    **Shared Consulting – Statement of Work**

## 2.3   Functional Areas Detail

## 2.3.1 Standard NetSuite Application Front Office Functions

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management (CRM) | <ul><li>Customer record setup, configuration, and management</li><li>Sub-customer setup and configuration to support subsidiary management</li><li>Contact record setup, configuration, and management</li><li>Activity management<ul><li>Messages</li><li>Tasks</li><li>Phone Calls</li><li>Calendar Events</li><li>Email</li><li>Mail Merge</li></ul></li><li>Duplicate detection</li><li>Each subsidiary has their own customer master records, which are not shared across subsidiaries</li></ul> |
| Marketing Campaign Automation | <ul><li>Campaign setup, configuration, and management<ul><li>Audience configuration and management</li><li>Creation of up to 2 Campaigns</li><li>HTML template creation (HTML provided by Customer)</li><li>Campaign Subscription Management</li></ul></li><li>Review existing NetSuite Application Campaign tracking and reporting</li></ul> |
| Sales Force Automation | <ul><li>Sales Stage/Customer Status management</li><li>Online Lead forms setup and configuration</li><li>Sales Territory management/Lead routing rules</li><li>Estimate management</li><li>Opportunity management</li><li>Quota management</li><li>Advanced Forecasting</li><li>Team Selling</li><li>Review existing NetSuite Application Sales reports</li></ul> |

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

| | |
|---|---|
| Incentive Compensation | • Commissions setup, configuration, and management<br>  o  Creation of up to 2 Schedules<br>  o  Creation of up to 2 Plans<br>• Team Commissions<br>• Partner Commissions/Royalties<br>• Customer may need to export and manipulate relevant data from NetSuite to satisfy some commission requirements<br>• Review existing NetSuite Application Commission reports |
| Case Management | • Case record setup, configuration, and management<br>  o  Case assignment/routing<br>  o  Email support case capture setup<br>  o  Online support case capture setup (HTML provided by Customer)<br>• Escalation rule management<br>• Knowledge base creation and management<br>• Review existing NetSuite Application Case activity tracking and reports |
| Partner Relationship Management (PRM) | • Partner record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• Multi-tier Sales Channels (Reseller, OEM, Distributor)<br>• Activity management<br>  o  Messages<br>  o  Tasks<br>  o  Phone Calls<br>  o  Calendar Events<br>  o  Email<br>• Partner Center setup |
| Advanced Partner Center | • Advanced Partner Center setup and role management |
| Customer Center | • Customer Center setup and configuration<br>• Configuration of up to 2 Customer Center roles |
| Global CRM | • Subsidiary Management Reporting<br>  o  Subsidiary context, role & filter setup to support 2 managerial report rollups |

Document Integrity Verified                    EchoSign Transaction Number: 9FFS5UN9BBXV3P

 **NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

## 2.3.2 Standard NetSuite Application Back Office Functions

This SOW includes subsidiary management and consolidation and the following organizational structure will be implemented. Each subsidiary is 100% owned by the parent and all subsidiaries have the same fiscal year end with one base currency per subsidiary.

| Parent | Tier 1 | Base Currency | Fiscal YE |
|--------|--------|---------------|-----------|
| Kentwool |  | USD | 12/31 |
|  | Sub 1 | USD | 12/31 |
|  | Sub 2 | USD | 12/31 |

| Functional Area | Description/Constraints |
|-----------------|-------------------------|
| Accounting | <ul><li>General Ledger/COA<ul><li>Setup of one consistent COA for parent and all subsidiaries</li><li>General accounting setup</li><li>Accounting Period Management</li><li>Setup and configuration of Opening Account Balances</li><li>Review existing NetSuite Financial Reports</li></ul></li><li>Accounts Receivable<ul><li>Invoicing</li><li>Payments: Credit Card, EFT, PayPal</li><li>Customer Credits</li></ul></li><li>Accounts Payable<ul><li>Bills</li><li>Checks: Online Bill Pay, ACH Payments</li><li>Vendor Credits</li></ul></li><li>Setup of one set of Departments, Classes, and Locations</li><li>Setup of one basic Budget</li><li>Tax Setup for 1 nexus<ul><li>Set Up Taxes</li><li>Nexus</li><li>Tax Control Accounts</li><li>Tax Types</li><li>State Sales Tax Tables</li><li>Tax Codes</li><li>Tax Schedules</li><li>Tax Groups</li></ul></li><li>Customer may need to export and manipulate relevant data from NetSuite to satisfy localized taxation and reporting requirements.</li><li>Review existing NetSuite Application Accounting reports</li></ul> |

Document Integrity Verified                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE OpenAir**                    Shared Consulting – Statement of Work

| | |
|---|---|
| Multi-currency/Multi-language | <ul><li>Multi-currency setup and configuration<ul><li>Enable 1 base currencies and additional 1 foreign currencies</li><li>Each subsidiary can transact in any enabled currency.</li></ul></li><li>Set up exchange rate table for foreign currency transaction processing, including open transaction revaluation</li><li>Setup and use of the standard automatic Exchange Rate integration feature</li></ul> |
| Subsidiary Consolidation & Architecture | <ul><li>NetSuite Subsidiary Management components<ul><li>Setup of up to one parent and 1 subsidiaries for translation from base functional currency to reporting currency and consolidation in accordance with FASB-52 compliancy</li><li>Setup Consolidated Exchange Rate table (Current, Average, Historical) and related account settings</li><li>Elimination subsidiary setup for up to 1 tiers of consolidation</li><li>Setup of Automated Eliminations for 1 subsidiaries</li><li>Subsidiary base currency (the currency in which local general ledger is kept) will be set to the local currency.  If the local currency is not the functional currency, then remeasurement from local base currency to functional currency will be booked as journals based upon computations made outside NetSuite</li><li>Subsidiary context and role setup to support management, legal entity reporting and localized financial statement reporting for 3 roles</li></ul></li><li>All subsidiaries have the same fiscal year end with one base currency per subsidiary.</li><li>Subsidiaries that conduct business with each other will account for transactions manually using standard journals or vendor/customer transactions. Transactions recorded on journals may be automatically eliminated.</li><li>Employee time and expenses may be charged to customers or projects across subsidiaries, and entries to cross-charge the expenses may be automatically adjusted.</li><li>Review existing NetSuite Application Subsidiary reports</li></ul> |

✔ Document Integrity Verified                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE** **OpenAir**                         **Shared Consulting – Statement of Work**

| Item Management | <ul><li>Item record setup, configuration, and management<ul><li>Item pricing setup and configuration</li><li>Price schedules, levels & quantity pricing</li></ul></li><li>Kits</li><li>Gift Certificates</li><li>Multi-location Inventory</li><li>Review existing NetSuite Application Item/Inventory reports</li></ul> |
|---|---|
| Advanced Inventory | <ul><li>Advanced Inventory Management</li><li>Bar coding and Item labels</li><li>Bin management</li><li>Landed Cost</li><li>Lot Tracking</li><li>Matrix Items</li><li>Multiple Units of Measure</li><li>Pick, Pack, Ship</li><li>Serialized Inventory</li></ul> |
| Light Manufacturing | <ul><li>Assemblies<ul><li>Management of Multi-level Sub-components</li><li>Assembly build & un-build</li><li>Inventory Tracking of Finished Build vs. Sub-Components</li></ul></li><li>Work Orders<ul><li>Build to Stock or Order</li><li>Production Order and Special Order Assembly Build</li><li>Replenish Stock Levels or Handle Custom Orders</li></ul></li></ul> |
| Demand Planning | <ul><li>Demand Planning setup, configuration, and management<ul><li>Review and setup for Demand Plan</li><li>Review and setup for Supply Plan</li><li>Review process of Calculate Item Demand</li><li>Review process of Generate Item Supply Plan</li></ul></li><li>Review existing NetSuite Application Demand Planning reports</li></ul> |
| Order Management | <ul><li>Order Entry process management</li><li>Shipping & Fulfillment management</li><li>Drop ship and Special Order management</li><li>Return Material Authorizations</li><li>Real-time rates</li><li>Shipping Label Integration</li></ul> |

© 2013 NetSuite Inc.
Proprietary and Confidential

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE  OpenAir**                    Shared Consulting – Statement of Work

| | |
|---|---|
| Purchasing | ▪ Purchase Order record setup, configuration, and management<br>▪ Purchasing/Vendor management, including Vendor Returns<br>▪ Review existing NetSuite Application Purchasing reports<br>▪ Vendor Center |
| Advanced Projects | ▪ Projects as part of the SFA and Order-to-Cash processes<br>  o Work Calendars<br>  o Resource management<br>  o Project Task management<br>  o Billing Types<br>▪ Setup 1 Time and material project<br>▪ Setup 1 Fixed bid project<br>▪ Project time management<br>▪ Project cost allocation<br>▪ Review existing NetSuite Application time, utilization, backlog, and profitability reports |
| Advanced Financials | ▪ Advanced Budget management setup with creation of up to 3 Budgets<br>▪ Amortization setup with creation of up to 2 Amortization Schedules<br>▪ Expense Allocation |
| Fixed Assets Management | ▪ Basic set up, configuration, and management of register up to 500 assets for parent and all subsidiaries:<br>  o Manual asset creation<br>  o Automatic asset creation from transactions<br>  o Standard depreciation methods<br>  o Income/expenditure/usage tracking<br>  o Asset register management<br>  o Standard asset tax methods<br>▪ Advanced depreciation method set up:<br>  o Up to 1 custom depreciation methods<br>▪ Up to 2 hours fixed asset CSV import assistance:<br>  o CSV Import tool orientation<br>  o Asset import template review<br>▪ Assets may be tracked by department, class, location, subsidiary, physical location and employee<br>▪ Review existing NetSuite fixed assets & tax searches/reporting |

© 2013 NetSuite Inc.
Proprietary and Confidential

Document Integrity Verified                    EchoSign Transaction Number: 8FFS6UN6BBXV3P

 **NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

| Employee Center | ▪ Employee Center setup and configuration<br>▪ Employee Expense Tracking<br>▪ Employee Time Tracking<br>▪ Employee Purchase Requisitions<br>▪ Configuration of up to 1 Employee Center roles<br>▪ All subsidiaries have unique employee lists and do not share employees |
|---|---|

## 2.3.3 Dashboards and Configuration

NetSuite PS will create or install Dashboards for the following NetSuite Application roles:

| Scope Item | NetSuite Role |
|---|---|
| Dashboard | Installation of the following standard Dashboards, without modification:<br><br>CEO<br>CFO<br>Sales Executive<br>Operations Manager<br>Sales Representative<br>Accounting Clerk |
| Configuration | ▪ Configuration Basics Overview<br>▪ Review NetSuite standard report builder functionality in order for Customer to modify or create reports<br>▪ SuiteBundle Overview<br>▪ Sandbox Overview<br>▪ Field Configurations<br>    o Creation of up to 25 General fields (example: entity, item, CRM, other)<br>    o Creation of up to 25 Transaction fields (body/column)<br>▪ Form Configurations<br>    o Creation of up to 10 Entry forms (example: lead, customer, vendor, contact)<br>    o Configure up to 10 Transaction forms (example: opportunity, estimate, sales order)<br>    o Creation of up to 10 Transaction form layouts<br>    o Creation of up to 5 Sublists<br>▪ Creation of up to 3 Calculated fields |

© 2013 NetSuite Inc.
Proprietary and Confidential

Document Integrity Verified                    EchoSign Transaction Number: 8FFS5UN6BBXV3P

 NETSUITE ⓦ OpenAir                 Shared Consulting – Statement of Work

## 2.3.4 Data Migration

NetSuite PS will provide **20** hours of data migration consulting to Customer. These consulting services include a high level overview of NetSuite's CSV Import Tool, assistance with mapping Customer's existing data into NetSuite and guidance on migrating Customer's data attachment files. There are no specific deliverables for this effort. NetSuite PS will provide guidance, best practices, answer questions, and provide documentation where possible.

## 2.3.5 Customization: SuiteFlex™ Script Automations

In the scope of this phase will be the creation of the following SuiteScripts to customize the Customer's NetSuite account:

| Script # | Functionality/Details |
|---|---|
| 1A / 1B: Sum Total Costs on "Cost Estimate" Record | **Scripts #1A / 1B:  Sum Total Costs on "Cost Estimate" Record**<br><br>**Overview:**<br>This automation will be used to calculate the total costs for a given "Cost Estimate" entry.  The calculations can involve 3 types of costs:  Materials Costs, Labor Costs, and Special Costs.  Script 1A will be a client-side version of this calculation (running while the user edits a Cost Estimate in the UI), and Script 1B will be a server-side version of this calculation (running after a Vendor submits a cost value via the Vendor Center).<br><br>**Details:**<br>• On save of the "header" Cost Estimate record, or update of an individual cost component line for an individual Cost entry, the script will:<br>   o Loop through all Estimated Materials Costs, and calculate a sum total (and set in a field on the "Cost Estimate" record).<br>   o Loop through all Estimated Labor Costs, and calculate a sum total (and set in a field on the "Cost Estimate" record).<br>   o Loop through all Estimated Special Costs, and calculate a sum total (and set in a field on the "Cost Estimate" record).<br>   o Sum all 3 totals to arrive at a total cost, at set this value on the "Cost Estimate" record.<br><br>**Key Assumptions:**<br>• It is assumed that the "Cost Estimate" header and the 3 Cost Types (Materials, Labor, Special Costs) will all be custom records in NetSuite.<br>• Vendors will update Cost Estimate components via a standard Custom Record entry form in the Vendor Center.<br>• A "SuiteFlow" (workflow) will be used to notify Vendors of new Cost Estimate records to provide updates to. |
| 2:  Create or Update Assembly Item on approval of Cost Estimate | **Script #2:  Create or Update Assembly Item on approval of Cost Estimate**<br><br>**Overview:**<br>This automation will be used to create or update an Item Record (Assembly Item) from the details of the Cost Estimate record.  When a Cost Estimate is marked as "approved", this will either create or update an Assembly Item (depending on whether an Item is referenced on the Cost Estimate).  The Material Costs will be added as Inventory Items with a % scrap markup on the Quantity, and the Labor and Special Costs will be added as Non-inventory Items to the Assembly Item (without a scrap % markup).  Also, if an Opportunity transaction is referenced on |

Document Integrity Verified                                    EchoSign Transaction Number: SFFSSUN6BBXV3P

**NETSUITE  OpenAir**                    Shared Consulting – Statement of Work

| | |
|---|---|
| | the Cost Estimate, the "placeholder" Item on that Opportunity will be replaced with the new Item.<br><br>**Details:**<br>• On save of the Cost Estimate record marked as "approved", the script will:<br>   ○ Check to see if an existing Assembly Item is selected on the Cost Estimate. If an Item is selected, the script will perform updates to that Item. If no Item is selected, a new Assembly Item will be created by the script.<br>   ○ If a new Item is being created, approximately 5-10 default values (GL Accounts, Tax preferences, etc.) will be set.<br>   ○ For the Assembly Item Components (member Items):<br>       • Loop through all Estimated Materials Cost entries, and update the Assembly Item with the appropriate Inventory Items and Quantities for these Items. A scrap % (e.g. 15%) will be used to increase the Quantity from the original estimate.<br>       • Loop through all Estimated Labor Cost entries, and update the Assembly Item with non-Inventory Items for these costs.<br>       • Loop through all Estimated Special Costs, and update the Assembly Item with non-Inventory items for these costs.<br>   ○ After the Assembly Item is created/updated, it will be re-saved.<br>   ○ If the Cost Estimate referenced an Opportunity transaction, and a new Assembly Item was just created, the script will update the Opportunity with the new Item (replacing a "placeholder" Item).<br><br>**Key Assumptions:**<br>• There will only be 1 Assembly Item created/updated from 1 Cost Estimate record (and only 1 line item updated on the Opportunity).<br>• There will be a maximum of approximately 50 components for 1 Assembly.<br>• There will be a single scrap % used for all Inventory Items in the Assembly Item. |
| 3: Make Copy of "Cost Estimate" record and sub-records (to request new data from Vendors) | **Script #3:  Make Copy of "Cost Estimate" record and sub-records (to request new data from Vendors)**<br><br>**Overview:**<br>This automation will be used to copy an existing "Cost Estimate" record (and the sub-records for Material, Labor, and Special Costs). The script will create a new Cost Estimate record, create all sub-records, and blank out the values for costs.<br><br>**Details:**<br>• If the user either clicks a custom "Make Copy" button, or saves the Cost Estimate with a custom "Make Copy" checkbox checked, the script will:<br>   ○ Make a copy of the Cost Estimate "header", blanking out/resetting approximately 5-10 fields (including the cost totals).<br>   ○ Loop through all Estimated Materials Costs from the existing Estimate Cost record, and creating the same list of Materials Costs for the new record (with blank costs).<br>   ○ Loop through all Estimated Labor Costs from the existing Estimate Cost record, and creating the same list of Labor Costs for the new record (with blank costs).<br>   ○ Loop through all Estimated Special Costs from the existing Estimate Cost record, and creating the same list of Special Costs for the new record (with blank costs).<br>   ○ Re-direct the user's browser to the new record.<br><br>**Key Assumptions:** |

Document Integrity Verified                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

|  | • It is assumed that the "Cost Estimate" header and the 3 Cost Types (Materials, Labor, Special Costs) will all be custom records in NetSuite. |
|  | • The script will only copy 1 Estimated Cost record at a time, but a mass update process could be used to select "make copy" on a large batch of records. |
|  | • Any email notifications to Vendors will be handled by a SuiteFlow (workflow). |

Please note:

- The functionality outlined above are general requirements and do not represent a technical design specification.

- Definition of the complete, detailed requirements will be confirmed prior to development.

- Any resulting modifications to the custom code functionality – naming conventions, increase in forms or fields, or workflow process - will result in a Change Order to this SOW, as outlined in Change Management Process in the Assumptions section of this document.

## 2.3.6 Customization: SuiteFlow Automation

NetSuite PS will provide **25** hours of SuiteFlow Automation consulting to Customer. These consulting services include a high level overview of NetSuite's SuiteFlow tools and functionality. There are no specific deliverables for this effort. NetSuite PS will provide guidance, best practices, answer questions, and provide documentation where possible.

Document Integrity Verified                    EchoSign Transaction Number: SFFS9UN6BBXV3P

**NETSUITE** **OpenAir**                        Shared Consulting – Statement of Work

## 3. Project Schedule

### 3.1. The Project Work Plan

NetSuite PS will be in contact within ten (10) business days after signature of this SOW to schedule the start of the Project.  NetSuite PS resources will be scheduled according to the agreed upon Project work plan and will remain on the Project for that duration.

At the conclusion of the Analyze Phase of the project, NetSuite PS and Customer will finalize the project work plan to highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide projected dates for completion. The plan will be created with a single deployment schedule – meaning, all functional areas listed in this SOW will be configured and deployed at the same time, not in multiple phases or deployments.

## 4. Project Team

It is our experience that when NetSuite PS and the Customer share responsibility for implementation, the project is successful.  More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite Application after the Project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the Project.  The pricing and schedule reflect this important assumption.  In the event the Customer is not able to fulfill its staffing obligation on the Project, the parties will execute a Change Order reflecting changes related to this assumption.

The primary contact from NetSuite PS for the scheduled duration of this project will be an assigned Project Manager. NetSuite PS provides project support to the Customer Project Manager; however, Customer will manage its resources and expected project tasks.

### 4.1. NetSuite Resources – Project Team Roles

NetSuite PS will work with Customer Team to assist with the delivery of this implementation. NetSuite PS resources are not dedicated to any single implementation and may be engaged across many implementation projects for various customers.

| NetSuite Role | Responsibilities |
|---|---|
| Project Manager | NetSuite PS will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team.  Responsible for managing NetSuite PS resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed. |

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3P

NETSUITE   OpenAir                          **Shared Consulting – Statement of Work**

| Consultant | Primary contact for duration of Project.  Will work extensively with the Customer Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite PS has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
|---|---|
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Consultant in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer. |
| Executive Sponsor | Vertical lead for professional services team, second level of escalation point for all project issue |

## 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including the following personnel. Any person identified by Customer to work with NetSuite PS is authorized to make decisions on Customer business practices.

Customer is responsible for acknowledging and responding to documents relating to this Project. These documents could be requirements documents, escalation issues or end-of-project notices. Some documents will require Customer's signature / e-signature before NetSuite can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

It is important to understand this is a list of project roles, not individuals, required to complete the Project.  Depending of the size of the Customer organization and functionality being implemented, a single individual may take responsibility for any number of roles.

Document Integrity Verified                                        EchoSign Transaction Number: SFFS5UN5BBXV3P



**NETSUITE** **OpenAir**                                          Shared Consulting – Statement of Work

| Customer Role | Description | Tactical Responsibilities | Estimated Time Commitment |
|---|---|---|---|
| Project Manager | Provides leadership within the project team and is responsible for overseeing the implementation. The Project Manager will work with the NetSuite PS Project Manager on scheduling and planning guidance.<br><br>Has an understanding of the overall goals of the implementation and is able to make and/or act upon most implementation decisions. This role is responsible for managing all Customer resources and tasks to adhere to the project schedule. | • Attend all meetings<br>• Point of contact for all day-to-day project operations<br>• Coordinate business process owners and Customer project team<br>• Manage decision making resources<br>• Serve as gatekeeper for project issues log<br>• Point of contact for project status<br>• Manage all Customer tasks and assignments | 2 days/week for the duration of the project |
| Administrator | Responsible for overseeing the configurations of the implementation. Should have an understanding of the overall goals of the implementation. This role will be responsible for all configuration tasks when implementation is completed and responsible for ongoing administration. | • Attend all meetings<br>• Point of contact for all day-to-day configuration sessions<br>• Learn Customer specific configuration<br>• Manage configuration decisions<br>• Manage user acceptance tasks, including testing documents<br>• Manage ongoing NetSuite Application Administration | 3 days/week for the duration of the project<br><br>.5 day/week ongoing |
| Business Process Owners | Responsible for designing and approving business process flows for each department. | • Decision making on configurations for all areas within the Scope section<br>• Define processes and approvals<br>• Perform all user and system testing<br>• Review existing NetSuite reports and searches | 1 to 3 days/week, analyze, configure & test |
| Training Coordinator | Responsible for facilitating end user training on the NetSuite Application and utilization of the NetSuite Application within Customer team. | • Learn application functions and features<br>• Attend all end user training sessions<br>• Provide training on application for future users<br>• Build training materials | 1 days/week in analyze, near fulltime during Go-Live |

© 2013 NetSuite Inc.
Proprietary and Confidential

Document Integrity Verified                                          EchoSign Transaction Number: SFFSSUN6BBXV3P

**NETSUITE  OpenAir**                    **Shared Consulting – Statement of Work**

| | | | |
|---|---|---|---|
| Technical Coordinator | Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import. | • Drive decisions on data cleansing and integration into the NetSuite Application<br>• SuiteFlex™ expert for Customization | 1 to 3 days/week, depending on project phase |
| Extended Team | Responsible for approving and testing the NetSuite Application functionality. | • Learn NetSuite Application ahead of rollout<br>• Test configuration for usability, system and user acceptance testing<br>• Test processes against business processes and day to day management of organization<br>• Responsible for first line of defense for support questions | 1 to 3 days/week depending on project phase |
| Executive Sponsor | Responsible for providing resources needed for a successful implementation. | • Attend critical checkpoint meetings<br>• Promote process changes<br>• Serve as an escalation point for project issues | .5 days/week to monitor project status |

Document Integrity Verified                    EchoSign Transaction Number: SFFS5UN6BBXV3P

**N NETSUITE** **① OpenAir**                    Shared Consulting – Statement of Work

## 5. Training Services

### 5.1. End User Training

NetSuite's Training Services group ("NetSuite Training Services") will train end users on the implemented Application functionality as described below.  Sessions will be targeted to users in similar functional roles and will be tailored as appropriate to address Customer terminology, business processes, and system configuration.

**5.1.1 Training Plan:** Customer and NetSuite Training Services will collaborate on the creation of a Training Plan ("TP") created by NetSuite Training Services during the Configuration phase. This plan will detail the agreed upon training process for end use of the completed system including session topics, usage scenarios, participants and schedules.

**5.1.2 Training Audience:** The table below lists the functional end user curriculums that will be tailored for delivery to Customer end users.  One curriculum will be developed to cover key processes and tasks associated with each functional group. All Customer participants associated with a functional curriculum will attend a common training session as detailed in the Training Delivery section below.

**5.1.3 Training Materials:**  Based upon the Training Plan, the NetSuite Training Services trainer will plan and prepare tailored training curriculums and related materials based upon NetSuite's pre-existing, proprietary training materials ("Training Materials") and addressing the requirements listed in the Training Plan. Training Materials will be tailored to address Customer specific business terminology, end use processes, and NetSuite Application configurations.  NetSuite Training Services will prepare and deliver to the Customer the following Training Materials: one master copy in electronic format (PDF or MS Word) of the NetSuite Quick Reference Cards and business process flows for each curriculum.

Customer shall have the opportunity to review all tailored Training Materials submitted during the Configuration Stage.  Requests for revisions to the Training Materials must be submitted to NetSuite Training Services in writing by Customer within three (3) business days of submission in order for NetSuite Training Services to revise such Training Materials. Any request for edits to customized Training Materials after final acceptance may require a Change Order.

**5.1.4 Training Delivery:**  NetSuite Training Services sessions are delivered for a maximum of 10 participants per session.  If training is required for more than 10 participants, an additional session may need to be created through change management. When purchased, on-site end user training is assumed to be a one-time visit at a single location. All training will be conducted in English only.  The standard platform for online training delivery is Cisco WebEx tools.

Document Integrity Verified          EchoSign Transaction Number: 5FFS5UN6BBXV3P

 **NETSUITE** **OpenAir**                    Shared Consulting – Statement of Work

| Area | Audience | Process Curriculum | Training Delivery Location | # of Sessions |
|------|----------|--------------------|----------------------------|---------------|
| ERP | Accounting / Finance | Accounts Payable | Onsite | 1 |
| | | Accounts Receivable | Onsite | 1 |
| | | General Ledger | Onsite | 1 |
| | Accounting / Sales Operations | Order Management | Onsite | 1 |
| | Shipping & Receiving | Warehouse Management | Onsite | 1 |
| | Services | Advanced Projects | Onsite | 1 |
| CRM | Sales | Sales Force Automation | Onsite | 1 |
| | Marketing | Marketing Automation | Onsite | 1 |
| | Support | Customer Service and Support | Onsite | 1 |
| | Sales & Operations | Advanced Partner Center | Onsite | 1 |

## 5.2. Project Team Training

To increase the effectiveness and efficiency of mapping business requirements, NetSuite Training Services will provide enrollment for one (1) seat in the following course(s) for a member of the Customer project and/or administration team. Course materials include a Student Guide, Exercises for hands-on-practice, and extended access to a training account after the training event, so you can practice what you learn.  Public training class schedules are accessed via the Services > SuiteTraining pages on www.Netsuite.com.  Enrollment in the course(s) must be completed, or forfeited, within the term of this SOW.

Additional seats can be purchased separately.

### 5.2.1. NetSuite Essentials
The NetSuite Essentials course is a comprehensive five-day instructor-led program in which participants are taught how standard ERP and CRM business processes work in the NetSuite Application and best practices to set up, configure, and maintain core functionality.  Through a series of hands-on exercises, participants practice key tasks associated with setting up and maintaining the NetSuite Application, putting their knowledge to work with a case study that simulates initial phases of an implementation.

### 5.2.2. NetSuite SuiteAnalytics: Reports, Saved Searches and KPIs
The SuiteAnalytics course provides real-time reporting, searches, key performance indicators (KPIs) and dashboards that are built into the ERP, CRM and Ecommerce features you use every day. This course teaches you how to use these tools to drive actionable analysis across your organization. You will learn how to create role specific reports, saved searches and KPIs.

Document Integrity Verified                                                      EchoSign Transaction Number: SFFS5UN6BBXV3P

  **NETSUITE** **OpenAir**                  **Shared Consulting – Statement of Work**

## 6. Project Assumptions

Customer acknowledges that its participation and cooperation is critical for the success of the Project. The following assumptions are based on information provided by Customer to NetSuite relating to the Project, and have been used to develop NetSuite's current level of effort and fees. Deviations from these assumptions may lead to commensurate changes in the timeline and fees:

a. **SOW Term/Expiration:** Unless otherwise agreed upon by both parties and duly executed in writing, the obligation of NetSuite to provide assistance to the Customer expires the earlier of 1) the expiration or termination of the Agreement, 2) two (2) weeks after Customer's instance of Application has been moved to a production status or 3) 12 months from the Effective Date in Section 1 of this SOW.

b. **Customer Resources Availability:** Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

c. **Customizations:** NetSuite's provision of Professional Services hereunder includes guidance on how the standard reports and searches function and on how to customize or create new reports, searches, forms and fields; however, Customer is responsible for the generation and support of customized or modified reports, searches, forms and fields, unless expressly set forth in the Scope of Services section above.

d. **SuiteFlex™:** SuiteFlex™ is the technology toolkit for customization, verticalization, and business process automation within NetSuite Business Operating System (BOS) platform. Any SuiteFlex customization requirements not identified in this SOW under the Customization sections and discovered during the implementation process will be subject to Change Order, priced according to complexity, and the change management process will be followed.

  1) Any changes to the business processes supported by the SuiteFlex code or to the level of functionality supplied will be subject to additional fees under a separate SOW or Change Order.

  2) In the event that NetSuite PS is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"), NetSuite retains all right, title and interest in and to such Tool(s) and no license to such Tool(s) is granted hereunder.

e. **Integration/Web Services:** Except as expressly set forth herein, integration, including any SuiteScripting to support integration efforts, is not included in this SOW. In the event that requirements surface for Integration/Web Services functionality that are not outlined in the Integration/Web Services section of this document, a separate SOW will be developed and the change management process will be followed. In the event that NetSuite PS coordination of a third party integration vendor is required and agreed to by NetSuite, NetSuite PS will regularly communicate project status with the said third party, including key milestones, dependencies, and risks.

f. **Web Store HTML/CSS/JavaScript:** Although NetSuite PS directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite PS does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible for providing the resources responsible for delivering these elements and will coordinate them with NetSuite.

g. **Training:**

Document Integrity Verified                                   EchoSign Transaction Number: SFFSSUN6BBXV3P

**N NETSUITE  ⓌOpenAir**                                    **Shared Consulting – Statement of Work**

1) NetSuite Training Services provides a standard library of online e-learning courses and other self-help resources through NetSuite Central (an online repository available to Customer). Unless otherwise stated in Section 5, any custom Training Materials will be the responsibility of the Customer. NetSuite Training Services will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

2) Customer is solely responsible for any printing, shipping, and copying charges for Training Materials.

3) Except as otherwise expressly agreed in the Agreement, all electronic and hard copy versions of the Training Materials provided are for Customer's internal training purposes only. The Training Materials are NetSuite confidential and proprietary information, except to the extent that they incorporate Customer's Confidential Information. Customer is prohibited (a) from modifying the "Essentials" Training Materials, and (b) from reselling or sublicensing any Training Materials to any third party.

4) For onsite delivery, Customer is responsible for providing the appropriate training facilities for the training delivery, including Internet connectivity, student access to the Application, projector, student computers, and other reasonable classroom amenities.

h. **Recording**: Customer may not film or record any NetSuite consulting or training sessions.

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN8BBXV3P

 **NETSUITE** **OpenAir**                          **Shared Consulting – Statement of Work**

## 7. Pricing & Payment Terms

**Time and Materials (T&M) Fees:**

The Professional Services and any Deliverables described in this SOW will be provided on a Time and Materials basis, based on actual hours worked. All hours worked will be billed to and paid by Customer at NetSuite's then-current hourly rates, subject to the remainder of this paragraph. A minimum Time and Materials engagement duration of eight (8) hours is required. Any and all hours in excess of eight (8) hours per day per Consultant or forty (40) hours per week per Consultant ("Overtime") require the prior written consent of NetSuite; however, all Overtime hours worked will be billed to and paid by Customer. All such Overtime over eight (8) hours per day per Consultant or forty (40) hours per week per Consultant shall be billed at 1.5 times NetSuite's then-current hourly rate per Consultant as regular time of such Consultant. Any Time and Materials Professional Services performed by NetSuite on weekends or during a NetSuite recognized holiday will be billed at 2 times the hourly rate per Consultant as regular time of such Consultant.

The Professional Services set forth in this SOW are estimated on an hourly basis, based on an eight (8) hour workday per NetSuite PS Consultant, forty (40) hour week per NetSuite PS Consultant to total approximately the fees in the table below, plus expenses as set forth in the fee estimate table below. Customer acknowledges that this estimated total price is an estimate based solely on the information provided to NetSuite and documented in Section 2, Scope of Services; however, actual fees and costs will be as billed.
Any requirement not included in Section 2 will be considered outside of the scope and will be handled by the Change Management Process, outlined in the Assumptions section of this document, and may result in additional cost.

**Estimated Professional Services T&M Fees**

a. **Expenses:** Reasonable travel and living expenses required in connection with delivering the Professional Services will be incurred in accordance with NetSuite's internal travel and expense policy and billed to Customer as actual charges in addition to the Professional Services fees.

b. **Invoicing:** Except as otherwise set forth in an applicable Estimate/Order Form referencing these Professional Services, NetSuite shall invoice Customer for Professional Services in advance. Payment shall be made in United States currency within thirty (30) days from the invoice date. Customer agrees that NetSuite may issue an invoice without a corresponding purchase order from Customer.

Document Integrity Verified                          EchoSign Transaction Number: SFFS5UN6BBXV3P

**NETSUITE OpenAir**                    Shared Consulting – Statement of Work

c. **Late Payments:** In the event that payments due hereunder become more than thirty (30) days past due, (i) the overdue balance will be subject to interest at the rate of one and one-half percent (1½%) per month (or, if less, the maximum allowed by applicable law), and (ii) NetSuite may, upon seven (7) days advance written notice to Customer, suspend NetSuite's performance of any Professional Services. NetSuite may continue such suspension until Customer's payment obligations are made current. In addition, Customer will be responsible for any costs resulting from collection by NetSuite of any overdue balance, including, without limitation, reasonable attorneys' fees and court costs.

d. **Customer Participation:** Customer acknowledges and agrees to provide NetSuite PS with prompt and adequate responses to its requests for information and other requests related to the Professional Services to be performed under this SOW. In the event that NetSuite PS has made a request and Customer has not responded promptly with the requested information, NetSuite PS may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW and Customer shall remain liable for payment of all Professional Services fees as set forth herein. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional Professional Services fees contemplated there under, even if listed in the original SOW.

Document Integrity Verified                                    EchoSign Transaction Number: SFFS5UN6BBXV3P



**Shared Consulting – Statement of Work**

## 8. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of professional services for Customer and the possible strategies which may be used by NetSuite PS to implement the functionality described in NetSuite's Application User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the Agreement) shall constitute the entire understanding between Customer and NetSuite and is intended as the final expression of the Parties' agreement regarding the Professional Services to be provided by NetSuite. The parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite.  Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| **CUSTOMER** | **NETSUITE INC.** |
|---|---|
| By: *Mark B. Kent* | By: *Frank J. Vettese III* |
| Mark B. Kent (Mar 14, 2013) | Frank J. Vettese III (Mar 14, 2013) |
| **Print Name:** Mark B. Kent | **Print Name:** Frank J. Vettese III |
| **Title:** CEO | **Title:** Director, Professional Services |
| **Company:** KENTWOOL | **Company:** NetSuite, Inc. |
| **Date:** Mar 14, 2013 | **Date:** Mar 14, 2013 |
| mkent@kentwool.com | fvettese@netsuite.com |

*This Agreement may be signed electronically, in which case signatures may appear above or on the last page.*

Document Integrity Verified          EchoSign Transaction Number: SFFS5UN8BBXV3P