UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTWOOL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NETSUITE INC,<br><br>    Defendant. | Case No.  14-cv-05264-JST<br><br>**ORDER DENYING STIPULATION ADVANCING CASE MANAGEMENT CONFERENCE DATE**<br><br>Re: ECF No. 33 |

The parties in this action have filed a stipulation requesting that the Court enter an order advancing their Case Management Conference from March 4, 2015, at 2:00 p.m. to February 12, 2015, at 2:00 p.m., to coincide with an anticipated hearing on a motion to dismiss to be filed by Defendant Netsuite, Inc.

The request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
JON S. TIGAR
United States District Judge