```
HAYNSWORTH, SINKLER BOYD, P.A.
CHRISTOPHER B. MAJOR, ESQ. (Pro Hac Vice)
BONNIE A. LYNCH, ESQ. (Pro Hac Vice)
One North Main, 2nd Floor
Greenville, SC 29601-2119
Telephone:   864-240-3200
Facsimile:   864-240-3300


DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY, ESQ. (SBN 82482)
TAYLOR F. FORD, ESQ. (SBN 297014)
601 California Street, Suite 1900
San Francisco, California 94108
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Plaintiff KENTWOOL COMPANY

GATTEY LAW OFFICE
SCOTT GATTEY, Esq. (SBN 180875)
1001 Laurel Street, Suite C
San Carlos, CA 94070
Telephone:   650-596-7123
Facsimile:   877-269-4437

Attorneys for Defendant NETSUITE, INC.
```

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTWOOL COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>NETSUITE INC.,<br><br>          Defendants. | Case No. 14-cv-05264-JST<br><br>**JOINT STIPULATION FOR AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE TO APRIL 22, 2015, AT 2 P.M.** |

  Plaintiff <u>KENTWOOL COMPANY</u> ("Kentwool") and defendant <u>NETSUITE INC.</u> ("Netsuite"), by and through their counsel of record, hereby stipulate that the Court may enter an order advancing the Case Management Conference in this action from March 18, 2015, at 2

1  P.M., to Wednesday, April 22, 2015, at 2 P.M., or such other date as may be convenient to the
2  Court.  The parties believe there is good cause for the Court to enter such an order, for the
3  following reasons:
4        The Case Management Conference ("CMC") in this matter was initially set by the
5  Court for March 4, 2015, at 2 P.M.  Counsel for Netsuite advised that Netsuite was filing a
6  motion to dismiss the Complaint, with a hearing date of February 12, 2015.  On January 5,
7  2015, the parties, by stipulation, proposed to the Court that the CMC date be advanced to
8  February 12, 2015, to consolidate the CMC with the hearing on Netsuite's motion to dismiss.
9  By an Order dated January 8, 2015, the Court denied that joint request.
10       On February 10, 2015, by the Clerk's Order the CMC was continued to March 18,
11 2015, with the Joint CMC Statement due March 4, 2015.
12       On February 12, 2015, the parties appeared and argued Netsuite's Motion to Dismiss,
13 which the Court took under submission.
14       On February 18, 2015, the Court filed its Order, granting in part, and denying in part,
15 Netsuite's motion to dismiss.  As to certain claims, the Court granted Kentwool 30 days' leave
16 to file an amended complaint.  Accordingly, Kentwool now has to and including March 20,
17 2015, to file an amended complaint.
18       The parties have conducted their Rule 26(f) conference, have met and conferred
19 concerning a Joint CMC Statement, have set a date for Initial Disclosures, and have exchanged
20 preliminary views about potential resolution of this action.  However, counsel for the parties
21 jointly believe that a CMC on March 18, 2015 would be premature, in that the pleadings in this
22 action will not have been settled.  Kentwool intends to amend its claims for fraud to comply
23 with the Court's Order, and counsel for Netsuite is not at this juncture certain whether Netsuite
24 would respond with another motion to dismiss those amended fraud claims – review of the
25 amended complaint would be required to determine this, but any such review will not be
26 possible prior to the March 18, 2015 CMC conference, because the amended complaint will not
27 be served and filed until March 20, 2015, two days after the currently set CMC.  Moreover,
28

1  when the pleadings are settled, the parties will be a better position to assess the case and to
2  discuss with the Court resolution of the action, and how best to accomplish such a resolution.
3    For the foregoing reasons, Counsel for Kentwool and counsel for Netsuite jointly
4  suggest to the Court that the current CMC date be continued to a Wednesday, April 22, 2015, at
5  2 PM, or such other date as may be convenient to the Court, with a corresponding continuing of
6  the date for filing of the Joint CMC Statement to ten court days before the continued CMC.
7  Accordingly, plaintiff Kentwool and defendant Netsuite respectfully ask the Court to enter the
8  requested order, submitted herewith.

9  Dated:  February 25, 2015      DILLINGHAM & MURPHY, LLP
                    WILLIAM M. MURPHY, ESQ.
10                     TAYLOR F. FORD

12               By:  ____/s/ William F. Murphy_____
                    Attorneys for Plaintiff Kentwool Company

14 Dated:  February 25, 2015      GATTEY LAW OFFICE
                    SCOTT GATTEY, ESQ.

17               By:  _____/s/ Scott Gattey_____
                    Attorneys for Defendant Netsuite Inc.

### ORDER

The Court, having reviewed for preceding Stipulation, and good cause appearing, hereby ORDERS that the Case Management Conference in this action, previously set for March 18, 2015, at 2 P.M., is hereby continued to _____April 22_____, 2015, at 2 P.M. The parties are further ordered to submit a Joint Case Management Conference Statement no less than ten (10) court days prior to continued Case Management Conference date.

Dated: February  27 , 2015.

IT IS SO ORDERED
_____
UNITED STATES DISTRICT JUDGE
Judge Jon S. Tigar