# EXHIBIT B

# EXHIBIT B

## NetSuite Subscription Services Agreement

This NetSuite Subscription Services Agreement ("Agreement") is entered into as of the date of the last party to sign below ("Effective Date") between NetSuite Inc., a Delaware corporation, with its principal place of business located at 2955 Campus Drive, Suite 100, San Mateo, California 94403 ("NetSuite"), and Kentwool Inc., with its principal place of business located at 135 South Main St, Suite 200, Greenville, SC 29601 ("Customer"). Capitalized terms not defined elsewhere in this Agreement shall have the meaning given to them in the Terms of Service. NetSuite and Customer hereby agree as follows:

**1. Subscription Service.** Subject to the terms and conditions of this Agreement and during the Term, NetSuite shall make the Service available to Customer solely for Customer's and its Affiliates' Users for internal business operations. The terms of this Agreement shall also apply to updates, and upgrades subsequently provided by NetSuite to Customer for the Service. NetSuite shall host the Service and may update the functionality, user interface, usability and other user documentation, training and educational information of, and relating to the Service from time to time in its sole discretion and in accordance with this Agreement as part of its ongoing mission to improve the Service and customers' use of the Service.

**2. Estimates/Order Forms.** The Service shall be ordered by Customer or its Affiliates pursuant to Estimates/Order Forms. Each Estimate/Order Form, the first one of which is attached hereto as Exhibit A, shall include at a minimum a listing of the Service and any NetSuite implementation services being ordered and the fees therefore. Except as otherwise provided on the Estimate/Order Form, each Estimate/Order Form shall be subject to the terms and conditions of this Agreement. For any order by Customer or its Affiliate for the benefit of Customer's Affiliate(s), the term "Customer" shall refer to Customer and such Affiliate(s).

**3. Restrictions.** Customer is responsible for all activities conducted under its User logins and for its Users' compliance with this Agreement. Customer's use of the Service shall not include service bureau use, outsourcing, renting, reselling, sublicensing, concurrent use of a single User login, or time-sharing of the Service. Customer shall not and shall not permit any third party to: (a) copy, translate, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code or modify the Service in any manner or form unless expressly allowed in the User Guide; (b) use unauthorized modified versions of the Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service; (c) use the Service in a manner that is contrary to applicable law or in violation of any third party rights of privacy or intellectual property rights; (d) publish, post, upload or otherwise transmit Customer Data that contains any viruses, Trojan horses, worms, time bombs, corrupted files or other computer programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any systems, data, personal information or property of another; or (e) use or knowingly permit the use of any security testing tools in order to probe, scan or attempt to penetrate or ascertain the security of the Service.

**4. License Term, Fee, Payment & Taxes, Notices.**

**4.1. Term of Agreement.** The term of this Agreement shall be for 12 months commencing on 18 March 2013 ("Start Date") to 17 March 2014 ("End Date") ("**Initial Term**"), unless otherwise specified on the Estimate/Order Form or earlier terminated pursuant to Section 6, and the Term shall be extended as set forth in subsequent Estimate/Order Forms (each successive renewal term, a "Renewal Term") (collectively "Term"). If Customer has not signed and delivered the Estimate/Order Form to NetSuite regarding the upcoming Renewal Term prior to the expiration of the then current term, the Term shall be automatically extended for successive Renewal Terms of one (1) year each unless either party provides written notice of non-renewal to the other at least thirty (30) days before such expiration.

**4.2. Fees and Payment.** Customer shall pay the fees as specified in attached Estimate No(s). 228437 (Exhibit A) and in future Estimates/Order Forms. If NetSuite provides certain professional services to Customer, the professional services shall be provided by NetSuite pursuant to a NetSuite Professional Services Addendum attached hereto as Exhibit B (the "PS Addendum"), which, if applicable, is hereby fully incorporated herein by reference.

**4.2.1.** Customer may renew the items shown on Exhibit A for two 12 month Renewal Terms at fees not to exceed an increase of 5% per annum, applied to the discounted fees shown in the attached Estimate (Exhibit A). This option is available only if the numbers of Users and Modules on the renewal order are equal to or greater than those shown on Exhibit A.

**4.2.2.** Additional Users and other items procured during a term will co-terminate with and be prorated through the then current end date. Subject to Section 4.2.1 above, fees for the Service on all subsequent estimate/order forms and renewals shall be set at then current NetSuite pricing, unless otherwise agreed to by the parties.

**4.3. Taxes.** NetSuite fees do not include any local, state, federal or foreign taxes, levies or duties of any nature, including value-added, sale, use or withholding taxes ("**Taxes**"). Customer is responsible for paying all Taxes, excluding only taxes based on NetSuite's net income. If NetSuite has the legal obligation to pay or collect Taxes for which Customer is responsible under this Section, the appropriate amount shall be invoiced to and paid by Customer unless

## NetSuite Subscription Services Agreement

Customer provides NetSuite with a valid tax exemption certificate authorized by the appropriate taxing authority.

4.4.   **Late Payments.** Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum amount allowed by law, whichever is less.

4.5.   **Email and Notices.** Customer's email address for communication and notice purposes relating to this Agreement is mkent@kentwool.com (or subsequent email addresses as advised by Customer). Customer agrees to accept emails from NetSuite at the above e-mail address specified under this Section 4.5. NetSuite may provide any and all notices, statements, and other communications to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service. NetSuite recommends that the main and billing contact email addresses be group addresses (such as billing@customer.com) so that notices are reviewed promptly and not delayed due to the absence of one individual. In addition, NetSuite may rely and act on all information and instructions provided to NetSuite from the above-specified e-mail address.

5.   **Terms of Service.** Customer acknowledges and agrees it has read, understands and agrees to be bound by the Main Terms of Service (as may be updated from time to time) posted at www.netsuite.com/termsofservice or such other URL as specified by NetSuite (the "Terms of Service"), which are incorporated herein.

6.   **Termination.** Either party may immediately terminate this Agreement and all Estimates/Order Forms issued hereunder in the event the other party commits a material breach of any provision of this Agreement which is not cured within thirty (30) days of written notice from the non-breaching party.

Such notice by the complaining party shall expressly state all of the reasons for the claimed breach in sufficient detail so as to provide the alleged breaching party a meaningful opportunity to cure such alleged breach and shall be sent to the General Counsel of the alleged breaching party at the address listed in the heading of this Agreement (or such other address that may be provided pursuant to this Agreement) ("Notice"). Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated by Customer for any reason other than a termination expressly permitted by this Agreement, then NetSuite shall be entitled to all of the fees due under this Agreement for the entire Term. If this Agreement is terminated as a result of NetSuite's breach of this Agreement, then Customer shall be entitled to a refund of the pro rata portion of any subscription fees paid by Customer to NetSuite under this Agreement for the terminated portion of the Term.

7.   **Warranties.**

7.1.   **Warranty of Functionality.** NetSuite provides limited warranties of functionality as expressly provided in the Terms of Service.

7.2.   **Disclaimer of Warranties.** EXCEPT FOR THE WARRANTIES STATED IN THE TERMS OF SERVICE, NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE OVERALL SYSTEM THAT MAKES THE SERVICE AVAILABLE (INCLUDING BUT NOT LIMITED TO THE INTERNET, OTHER TRANSMISSION NETWORKS, AND CUSTOMER'S LOCAL NETWORK AND EQUIPMENT) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN TERMS OF SERVICE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS. EXCEPT AS STATED IN SECTIONS 2.7, 3.1, and 3.2 IN THE TERMS OF SERVICE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES.

8.   **Limitations of Liability.**

8.1.   **Exclusion of Consequential Damages.** CUSTOMER AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR LOST PROFITS OR REVENUE OR FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, COVER, SPECIAL, RELIANCE OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND HOWEVER CAUSED, WHETHER FROM BREACH OF WARRANTY, BREACH OR REPUDIATION OF CONTRACT, NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION FROM OR IN CONNECTION WITH THIS AGREEMENT (AND WHETHER OR NOT THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES TO THE MAXIMUM EXTENT PERMITTED BY LAW), OR OTHERWISE SHALL IN NO EVENT EXCEED THE DIRECT DAMAGE LIMITATIONS AS SET FORTH IN SECTION 8.2.

## NetSuite Subscription Services Agreement

**8.2.  Limitations on Liability.** Except with regard to amounts due under this Agreement, and a party's breach of Section 2.10 (Confidential Information) of the Terms of Service, the maximum liability of either party to any person, firm or corporation whatsoever arising out of or in the connection with any license, use or other employment of the Service, whether such liability arises from any claim based on breach or repudiation of contract, breach of warranty, negligence, tort, statutory duty, or otherwise, shall in no case exceed the equivalent of 12 months in subscription fees applicable at the time of the event, and in the event of a breach of Section 2.10 (Confidential Information) of the Terms of Service, such maximum liability of either party shall be an amount equal to three (3) times the equivalent of 12 months of subscription fees applicable at the time of the event. Notwithstanding the previous sentence, neither party shall be liable to the other party to the extent such liability would not have occurred but for the other party's failure to comply with the terms of this Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this Agreement. The parties acknowledge that the limitations set forth in this Section are integral to the amount of fees charged in connection with making the Service available to Customer and that, were NetSuite to assume any further liability other than as set forth herein, such fees would of necessity be set substantially higher.

**8.3.  Exceptions.** THE LIMITATIONS OF LIABILITY SET FORTH IN THIS SECTION 8 SHALL NOT APPLY TO EITHER PARTY'S INDEMNITY OBLIGATIONS EXCEPT AS SET FORTH IN SECTION 6 OF THE TERMS OF SERVICE. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

### 9.  General Provisions.

This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but neither party may assign this Agreement without written consent of the other, except that NetSuite may assign without consent to a related entity or the successor of all or substantially all of the assignor's business or assets to which this Agreement relates. There are no third-party beneficiaries to this Agreement. This Agreement does not create any joint venture, partnership, agency, or employment relationship between the parties, although NetSuite reserves the right to name Customer as a user of the Service. This Agreement, including all exhibits and/or Estimate/Order Forms, shall constitute the entire understanding between Customer and NetSuite and is intended to be the final and entire expression of their agreement. The parties expressly disclaim any reliance on any and all prior discussions, emails, RFP's and/or agreements between the parties. There are no other verbal agreements, representations, warranties undertakings or other agreements between the parties. Under no circumstances will the terms, conditions or provisions of any purchase order, invoice or other administrative document issued by Customer in connection to this Agreement be deemed to modify, alter or expand the rights, duties or obligations of the parties under, or otherwise modify, this Agreement, regardless of any failure of NetSuite to object to such terms, provisions, or conditions. The Agreement shall not be modified or amended, except as expressly set forth herein, or in writing and signed or accepted electronically by the party against whom the modification, amendment or waiver is to be asserted, or by a properly executed Estimate/Order Form. Notwithstanding the above, after execution of this Agreement, and during the electronic provisioning of Customer's account, Customer will be presented with the requirement to "agree" to a click through agreement pertaining to "Terms of Service for NetSuite Applications" before Customer's account can be successfully provisioned. Customer acknowledges that other click through agreements found at www.netsuite.com/termsofservice (or other similar sites) shall apply if such optional services are subsequently ordered or activated by Customer. This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law and excluding the Uniform Computer Information Transactions Act (UCITA). Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement (or the Service) shall be subject to the exclusive jurisdiction of the state and federal courts located in California and must be brought in state or federal courts located in San Mateo or San Francisco County, California, as permitted by law. In the event of any litigation of any controversy or dispute arising out of or in connection with this Agreement, its interpretations, its performance, or the like, the prevailing party shall be awarded reasonable attorneys' fees and/or costs. Customer shall compensate NetSuite (including reimbursement of costs) for responding to any request from a third party for records relating to Customer or a User's use of the Service. Such requests can be a lawful search warrant, court order, subpoena, other valid legal order, or written consent from the User permitting the disclosure. If any provision is held by a court of competent jurisdiction to be contrary to law, such provision shall be eliminated or limited to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect. A waiver of any breach under this Agreement should not constitute a waiver of any other breach or future breach. Neither party shall be liable for any loss or delay (including failure to meet the service level commitment) resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage (other than those involving NetSuite employees), internet service provider failures or delays, civil unrest, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event. Sections 4.2, 4.3, 4.4, 7.2, 8 and 9 of this Agreement and Sections 2.10, 2.12, 2.13, 2.15, 6, 7.4, and 9 of the Terms of Service shall survive the termination or expiration of this Agreement. This Agreement may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this Agreement executed in ink by both parties.

Document Integrity Verified     EchoSign Transaction Number: SFFQC84E4L7N6B

## NetSuite Subscription Services Agreement

THE PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS, AND THE PERSON SIGNING ON BEHALF OF EACH HAS BEEN AUTHORIZED TO DO SO. IF THE PERSON SIGNING BELOW AS CUSTOMER IS ENTERING INTO THIS AGREEMENT ON BEHALF OF A COMPANY OR OTHER LEGAL ENTITY, SUCH PERSON REPRESENTS THAT HE OR SHE HAS THE AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO THESE TERMS AND CONDITIONS.

| CUSTOMER | NETSUITE INC. |
|---|---|
| By: *Mark B. Kent* (Mar 14, 2013) | By: *Daniel Lorenzo* (Mar 14, 2013) |
| Print Name: Mark B. Kent | Print Name: Daniel Lorenzo |
| Title: CEO | Title: Vice President, Sales |
| Company: KENTWOOL | Company: Netsuite |
| Date: Mar 14, 2013 | Date: Mar 14, 2013 |
| mkent@kentwool.com | dlorenzo@netsuite.com |

*This Agreement may be signed electronically, in which case signatures may appear above or on the last page.*

Exhibits

A    Estimate/Order Form
B    NetSuite Professional Services Addendum

**NetSuite Subscription Services Agreement**

Exhibit A – Estimate/Order Form

The "Estimate/Order Form" will be attached following this page. The Estimate/Order Form contains applicable items procured or subscribed for and fees and related details. The Estimate/Order Form is hereby subject to the terms of this Agreement.



# Estimate

Page 1 of 5

| | |
|---|---|
| Date | 3/7/2013 |
| Estimate # | 228437 |
| Acct. No. | 3633844 |
| Expires | 3/31/2013 |
| Sales Rep | CURRIE, DAWSON |
| Terms | See Below |
| Partner | 37603 Square Boxx LLC |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |
| Currency | USD |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

**Bill To**
KENTWOOL
135 South Main St.
Suite 200
Greenville SC 29601
United States

## LICENSE AND SUPPORT

| Item | Qty | Description | Term | Amount |
|---|---|---|---|---|
| NetSuite Manufacturers Mid Market Edition | 1 | NetSuite Manufacturers Mid Market Edition ** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, ** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns, Customer Service/Support ** Productivity tools including contacts/calendar/events ** Lot Management ** Multiple Units of Measure ** Matrix Items: automatically manage multiple item options ** Serialized Inventory ** Bar Coding: items and transactions ** Pick, Pack, Ship ** Advanced Shipping with integrated UPS or FedEx shipping ** Assemblies with management of multi-level sub-components, assembly build/unbuild, and inventory tracking of finished build vs. sub-components ** Work Orders for managing both Production Order and Special Order assembly build workflows to replenish stock levels or handle custom orders ** Work in Process tracking with work order issue and completion ** ECommerce publishing engine with integrated catalog, secure shopping cart and customer self-service ** Real-time Dashboards with key business metrics, report snapshots ** Customer Center and Partner Center logins ** 5 Employee Self-Service Users ** 30,000 integrated bulk mail merges per month ** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients ** 10 GB File Cabinet and 10 GB Data storage per account ** 500 integrated Web store items ** All Oracle Database & Application Server O/S licenses | 12 | 23,988.00 |
| OneWorld Module - Mid Market Edition | 1 | NetSuite OneWorld includes ** 10 Subsidiary companies ** Multi-company / Multi-org support in single NetSuite Account ** Segregated ERP and G/L for each Subsidiary ** Global CRM and Sales Support ** Multiple transaction and consolidation currencies ** Local functional currency reporting for each Subsidiary ** Real-time consolidated financial reporting for multiple currencies ** Multi-country regulatory tax and reporting support | 12 | 23,988.00 |
| Incentive Compensation Module - Mid Market Edition | 1 | Incentive Compensation for NetSuite & NetSuite CRM+ ** Commission Schedules based on products, percentage attainment, thresholds and dates ** Commission Plans with multiple Commission Schedules ** Automated management of Special Incentives (spiffs) ** Roll Up Commissions Plans with Manager incentives ** Executive Commission Plan management ** Process and pay Commissions (U.S. version & NetSuite Payroll required) ** Alt Sales Amount (ASA) | 12 | 5,988.00 |
| Module - Demand Planning - Mid Market Edition | 1 | Demand Planning Module. ** Demand projection of items ** Inventory Planning ** Automatic generation of purchase orders and/or work orders based on historical or forecasted demand | 12 | 5,988.00 |



# Estimate

Page 2 of 5
| | |
|---|---|
| Date | 3/7/2013 |
| Estimate # | 228437 |
| Acct. No. | 3633844 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term | Amount |
|---|---|---|---|---|
| | | Work orders requires an additional module ** Advanced Inventory module is required | | |
| Advanced Financials Module - Mid Market Edition | 1 | Advanced Financials:<br>** Advanced Budgeting<br>** Expense Allocations<br>** Amortization Schedules<br>** Advanced Billing Schedules<br>** Milestone Billing (when used with Advanced Project Accounting) | 12 | 11,988.00 |
| Advanced Projects - Mid Market Edition | 1 | ** Advanced Project Module<br>** Estimated Costing<br>** Project Time Tracking<br>** Project Task Management<br>** Utilization & Backlog Reporting | 12 | 7,188.00 |
| Fixed Asset Management Module – Mid Market Edition | 1 | ** Acquire, Depreciate, Dispose and Revalue assets<br>** Depreciation Management<br>** Asset Process Accounting Automation<br>** Real Time Asset Reporting<br>** Up to 25,000 assets | 12 | 7,188.00 |
| NetSuite Retail Anywhere Module - Mid Market Edition | 1 | NetSuite Retail Anywhere Module point of sale capabilities include<br>** Process retail transactions<br>** Process returns and refunds<br>** Manage cash-drawer<br>** Manage multiple levels of security<br>** Time clock tracking<br>** Offline database to enable POS terminal to operate without continuous internet connectivity<br>** Store data replication<br>** Store level reporting<br>** Requires Retail Location(s) access and POS Terminal Access, each sold separately<br>** The NetSuite Retail Anywhere Module is provided pursuant to the NetSuite Retail Anywhere Addendum posted at www.netsuite.com/TOS | 12 | 23,988.00 |
| NetSuite Retail Anywhere-Retail Location(s) Access-MidMarket | 1 | ** Provides ability to uniquely track sales data and inventory in the NetSuite Service for each Retail Location<br>** Includes one Retail Location<br>** Requires minimum of one POS Terminal Access per Retail Location | 12 | 3,588.00 |
| NetSuite Retail Anywhere - POS Terminal Access - Mid Market | 1 | ** Includes one POS Terminal Access | 12 | 2,388.00 |
| NetSuite Mid Market Edition User | 25 | General access user for NetSuite Mid Market Edition. | 12 | 29,700.00 |
| Advanced Partner Center User | 10 | Access to the Advanced Partner Center for unaffiliated third parties doing business with customer. | 12 | 5,880.00 |
| NetSuite Gold Customer Support | 1 | NetSuite Gold Support provides a toll free phone number for technical support 24 x 7 worldwide for Severity 1 and 2 issues. Cases may also be submitted online. Current URL Terms for support are located at www.netsuite.com/supportterms | 12 | 41,761.56 |
| Subtotal | | | | 193,521.56 |

Document Integrity Verified          EchoSign Transaction Number: SFFQC84E4L7N6B



# Estimate

2955 Campus Drive  
Suite 100  
San Mateo CA 94403-2511  
United States  
800 762 5524  
www.netsuite.com

Page 3 of 5  
Date        3/7/2013  
Estimate #  228437  
Acct. No.   3633844

| | Qty | Description | | Amount |
|---|---|---|---|---|
| Discount | | Discount | | -46,369.27 |
| Subtotal | | | | 147,252.29 |
| | | PROFESSIONAL SERVICES | | |
| Time & Material Services | 416 | NetSuite Professional Services time and material fees based upon Statement of Work.  Hourly Rate: $195.  Total hours are estimated at 831, with 416 hours being prepaid. | 12 | 81,120.00 |
| NetSuite Essentials | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; DATES: | 12 | 0.00 |
| | | Attendees can utilize this course seat to attend NetSuite Essentials or Essentials OneWorld to best support their implementation needs. | | |
| | | This course demonstrates how standard ERP and CRM business processes work in NetSuite and best practices to set up, configure, and maintain core functionality. | | |
| | | Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/administrators.shtml) | | |
| | | This course must be completed, or forfeited, no later than one (1) year after purchase. By acceptance of this Order, the purchaser acknowledges and agrees to abide by NetSuite's training cancellation policies as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| SuiteAnalytics | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; REQUESTED DATES: | 12 | 0.00 |
| | | This seat can be used for either SuiteAnalytics: Reports and Searches or SuiteAnalytics: Financial Reports.  Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/catalog.shtml) | | |
| | | This course purchase is subject to the cancellation policy as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| NetSuite Retail Anywhere POS Training | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; DATES: | 12 | 3,500.00 |
| | | RAPOS101: RAPOS Essentials for Business is a comprehensive three day class demonstrating all front of house functionality, POS reporting, POS configuration, and POS Maintenance.  This class is designed to inform key Customer staff to assist in system configuration, end user training, and go live and future support of the application.  At least one member of Customer project team MUST attend and two or more is strongly recommended.  Course details and schedules can be found on our Training website | | |



# Estimate

Page 3 of 5
Date        3/7/2013
Estimate #  228437
Acct. No.   3633644

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | | Amount |
|---|---|---|---|---|
| Discount | | Discount | | -46,369.27 |
| Subtotal | | | | 147,252.29 |
| | | **PROFESSIONAL SERVICES** | | |
| Time & Material Services | 416 | NetSuite Professional Services time and material fees based upon Statement of Work. Hourly Rate: $195. Total hours are estimated at 831, with 416 hours being prepaid. | 12 | 81,120.00 |
| NetSuite Essentials | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; DATES: | 12 | 0.00 |
| | | Attendees can utilize this course seat to attend NetSuite Essentials or Essentials OneWorld to best support their implementation needs. | | |
| | | This course demonstrates how standard ERP and CRM business processes work in NetSuite and best practices to set up, configure, and maintain core functionality. | | |
| | | Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/administrators.shtml) | | |
| | | This course must be completed, or forfeited, no later than one (1) year after purchase. By acceptance of this Order, the purchaser acknowledges and agrees to abide by NetSuite's training cancellation policies as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| SuiteAnalytics | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; REQUESTED DATES: | 12 | 0.00 |
| | | This seat can be used for either SuiteAnalytics: Reports and Searches or SuiteAnalytics: Financial Reports. Course details and schedules can be found on our Training website (http://www.netsuite.com/portal/services/training/catalog.shtml) | | |
| | | This course purchase is subject to the cancellation policy as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C) | | |
| | | All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | | |
| NetSuite Retail Anywhere POS Training | 1 | ENTER: ATTENDEE NAME; EMAIL; LOCATION; DATES: | 12 | 3,500.00 |
| | | RAPOS101: RAPOS Essentials for Business is a comprehensive three day class demonstrating all front of house functionality, POS reporting, POS configuration, and POS Maintenance. This class is designed to inform key Customer staff to assist in system configuration, end user training, and go live and future support of the application. At least one member of Customer project team MUST attend and two or more is strongly recommended. Course details and schedules can be found on our Training website | | |



# Estimate

Page 4 of 5
Date            3/7/2013
Estimate #      228437
Acct. No.       3633844

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

(http://www.netsuite.com/portal/services/training/administrators.shtml) This course must be completed, or forfeited, no later than one (1) year after purchase. By acceptance of this Order, the purchaser acknowledges and agrees to abide by NetSuite's training cancellation policies as detailed on the Training website(http://www.netsuite.com/portal/services/training/faq.shtml#C)

All training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice

Payment Terms:
- Licenses & Support Due 50% On Receipt, 25% Net 30, 25% Net 60
- Professional Services Time & Materials: $81,120 Due Net 30, Remainder Billed Monthly Due Net 30
- Training Due Net 30

The items included in this Estimate are based on our understanding of your business application requirements. While you may have seen some of these features or discussed them with a NetSuite representative, the items below are NOT INCLUDED in this estimate. Should you have any questions about the items not included, please contact your NetSuite representative before returning the signed Estimate.

Issue Management - including Track and Manage Issues, Integration with Customer Support

ODBC - including ODBC Connections for Advanced Reporting

Revenue Recognition - including Revenue Recognition, Forecast Revenue, VSOE

Site Builder and Analytics - including Advanced Site Customization, Advanced Web Search, External Catalog Site (WSDK), Web Hosting, Advanced Site Reports

Contract Renewals including - Automated Contract Renewals, Multiple Contract Support, Upsell / Downsell Management, Sales through multiple channels; Uplift Management

Website Checkout - including use of your custom, secure URL for the checkout sequence of your websites (up to 10) running on NetSuite to reflect your brand (ex. mycompany.checkout.com). Requires security certificates (purchased from your domain provider)



# NETSUITE

**Estimate**

Page 5 of 5
**Date**         3/7/2013
**Estimate #**   228437
**Acct. No.**    3633844

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | | Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

**Subtotal**             231,872.29
**Tax Total (Sales Tax 6.0%)**   13,912.36
**Total**               $245,784.65

*** NetSuite does not accept credit card payments for invoices of more than $20,000.

Notwithstanding anything to the contrary in any other agreement or communication, upon your execution, this document is a binding order for the products and services pursuant to the terms and fees set forth herein.

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

_____     _____     _____
Print Name              Signature                Date

Except as set forth above, the terms and conditions of the applicable agreement between you and NetSuite (including any updated URL Terms or other applicable web based terms in effect as of the date of this document) shall apply to the products and/or services set forth on this document.

Document Integrity Verified — EchoSign Transaction Number: SFFQC84E4L7N6B

## NetSuite Subscription Services Agreement

### Exhibit B – Professional Services Addendum

**THIS PROFESSIONAL SERVICES ADDENDUM** ("Addendum") is an addendum to the Subscription Services Agreement (the "Agreement") between NetSuite Inc. and the Customer identified in the Agreement ("Customer").

Customer has entered into the Agreement for the provision of the Service (as defined therein). Now Customer desires to additionally procure, and NetSuite desires to render, certain professional, educational, training, operational and/or technical services in connection with the Service pursuant to the terms and conditions herein. Capitalized terms used in this Addendum shall have the meaning defined under the Agreement. **The terms and conditions of this Addendum are hereby incorporated by reference into the Agreement.** In the event of conflict between this Addendum and the Agreement, the terms and conditions of this Addendum shall prevail with respect to the subject matter herein. The terms in the Statements of Work related to the actual rates to be charged and the days and description of the Professional Services to be performed thereunder shall control as to the engagement described in that Statement of Work, but conflicting or additional legal terms may only be made effective by amendment to this Addendum even if they are to apply only to one Statement of Work.

**1. Scope of Services.** Subject to the terms and conditions of the Agreement and this Addendum, NetSuite will provide Customer with Professional Services as set forth in the applicable statements of work mutually executed by NetSuite and Customer or an Estimate/Order Form (each, a "Statement of Work" or "SOW"). NetSuite and Customer shall, from time to time, execute Statements of Work that specify the professional services to be provided to Customer hereunder (the "Professional Services"). Each Statement of Work will include, at a minimum: (i) a description of the Professional Services and any work product or other deliverables and/or training materials to be developed and/or provided to Customer (each, a "Deliverable"); (ii) the scope of Professional Services; and (iii) the applicable fees and payment terms for such Professional Services, if not elsewhere specified. All Statements of Work shall be deemed part of and subject to this Addendum.

**2. Change Management Process.** If Customer or NetSuite requests a change in any of the specifications, requirements, Deliverables, or scope (including drawings and designs) of the Professional Services described in any Statement of Work, the party seeking the change shall propose the applicable changes by written notice. Within forty-eight (48) hours of receipt of the written notice, each party's project leads shall meet, either in person or via telephone conference, to discuss and agree upon the proposed changes. NetSuite will prepare a change order describing the proposed changes to the Statement of Work and the applicable change in fees and expenses, if any (each, a "Change Order"). Change Orders are not binding unless and until they are executed by both parties. Executed Change Orders shall be deemed part of, and subject to, this Addendum. If the parties disagree about the proposed changes, the parties shall promptly escalate the change request to their respective senior management officers for resolution.

**3. Project Materials.**

**3.1 Deliverables.** NetSuite shall own all rights, title and interest in and to the Deliverables (excluding any Customer Property), and related intellectual property rights. Subject to terms and conditions of the Agreement and this Addendum, and during the Term, NetSuite hereby provides Customer with a limited, non-exclusive, non-transferable (except in connection with an assignment under the General Provisions section of the Agreement applicable to assignment) and terminable license to use the Deliverables solely for Customer's internal operations in connection with its authorized use of the applicable Service.

**3.2 Tools.** Notwithstanding any other provision of this Addendum: (i) nothing herein shall be construed to assign or transfer any intellectual property rights in the proprietary tools, libraries, know-how, techniques and expertise ("Tools") used by NetSuite to develop the Deliverables, and to the extent such Tools are delivered with or as part of the Deliverables, they are licensed, not assigned, to Customer, on the same terms as the Deliverables; and (ii) the term "Deliverables" shall not include the Tools.

**3.3 Customer Property.** Customer shall own all rights, title and interest in and to any Customer Property. "Customer Property" means any Customer technology, Customer-specific business processes, or deliverables that are specifically designated as Customer-owned property in a Statement of Work. NetSuite shall have the right to use any such Customer Property solely for the purpose of providing the Professional Services to Customer hereunder.

**4. Professional Services Warranty.**

**4.1 Professional Services Warranty.** NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, and resources to provide and perform the services in accordance with this SOW; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. NetSuite's ability to successfully perform hereunder is dependent upon Customer's provision of timely information, access to resources, and participation. If through no fault or delay of Customer the Professional Services do not conform to the foregoing warranty, and Customer notifies NetSuite within sixty (60) days of NetSuite's delivery of the Professional Services, Customer may require NetSuite to re-perform the non-conforming portions of the Professional Services.

**4.2 Disclaimer.** THE WARRANTIES STATED IN SECTION 4.1 ABOVE ARE THE SOLE WARRANTIES AND REMEDIES FOR CUSTOMER AND EXCLUSIVE OBLIGATIONS OF NETSUITE RELATED TO THE PROFESSIONAL SERVICES AND

Document Integrity Verified   EchoSign Transaction Number: SFFQC84E4L7N6B

## NetSuite Subscription Services Agreement

DELIVERABLES TO BE PERFORMED FOR AND DELIVERED TO CUSTOMER PURSUANT TO THIS ADDENDUM AND ANY STATEMENT OF WORK. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, TITLE AND NON-INFRINGEMENT. EXCEPT AS PROVIDED HEREIN, THE PROFESSIONAL SERVICES AND DELIVERABLES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

**5. Limitations of Liability for Professional Services.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, NEGLIGENCE, TORT, STATUTORY DUTY OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH A SOW. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE APPLICABLE SOW OR AGREEMENT, THE MAXIMUM LIABILITY OF NETSUITE TO ANY PERSON, FIRM OR CORPORATION WHATSOEVER ARISING OUT OF OR IN THE CONNECTION WITH ANY PROFESSIONAL SERVICES OR DELIVERABLES SHALL BE THE AMOUNT PAID BY CUSTOMER FOR THE PROFESSIONAL SERVICES. THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF THE PARTIES ARISING FROM THIS ADDENDUM AND ANY STATEMENT OF WORK. THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH THE PROFESSIONAL SERVICES AND THAT, WERE NETSUITE TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER. CERTAIN STATES AND/OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE EXCLUSIONS SET FORTH ABOVE MAY NOT APPLY TO CUSTOMER. NOTHING IN THIS AGREEMENT EXCLUDES OR RESTRICTS THE LIABILITY OF EITHER PARTY FOR DEATH OR PERSONAL INJURY RESULTING FROM ITS NEGLIGENCE.

**6. Term.** This Addendum shall be effective as of the Effective Date of the Agreement and shall continue in effect during the Term of the Agreement. Each SOW shall commence on the date it is last signed, and shall expire upon completion of the project set forth in the applicable SOW, or as otherwise set forth in the applicable SOW. Sections 4.2 and 5 through 11 shall survive termination of this Addendum.

**7. Independent Contractor.** NetSuite's relationship with Customer pursuant to this Addendum will be that of an independent contractor. Neither party will have any authority to bind the other, to assume or create any obligation, to enter into any agreements, or to make any warranties or representations on behalf of the other. Nothing in this Addendum shall be deemed to create any agency, partnership or joint venture relationship between the parties. Each party is solely responsible for all of its employees and agents and its labor cost and expenses and for any and all claims, liabilities or damages or debts of any type whatsoever that may arise on account of each party's activities or those of its employees or agents in the performance of this Addendum. NetSuite reserves the right to use third parties (who are under a covenant of confidentiality with NetSuite), including, but not limited to, offshore subcontractors to assist with the Professional Services, including, without limitation, any data migration, configuration, implementation and custom code development processes.

**8. Non-Impediment.** Provided that NetSuite does not use any Customer Property except as permitted herein, nothing in this Addendum shall be construed as precluding or limiting in any way the right of NetSuite to provide consulting, development, or other services of any kind to any individual or entity (including without limitation performing services or developing materials which are similar to and/or competitive with the Professional Services and/or Deliverables hereunder).

**9. Non-Solicitation.** To the extent permissible by applicable law, during the Term and for a period of twelve (12) months following termination or expiration of the Agreement, Customer agrees that it will not directly solicit the engagement or employment of any of the employees or contractors of NetSuite who have been engaged in the provision of Professional Services, without written permission of NetSuite. The foregoing will not apply to persons who have independently responded to general solicitations (such as general newspaper advertisements and internet postings) not targeting such persons.

**10. Dispute Resolution.** Each party agrees that before it or any employee, agent or representative of the party files a claim or suit with a federal or state agency or court, it shall provide thirty (30) days prior written notice to the other and that, within such thirty (30) day period (or longer, if extended by mutual desire of the parties), authorized representatives of the parties shall meet (or confer by telephone) at least once in a good faith attempt to resolve the perceived dispute.

**11. Entire Addendum.** The parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the Service to achieve the requirements identified by Customer. This Addendum, together with the attached exhibits that are incorporated by reference, and the Agreement, constitute the complete agreement between the parties and supersede all prior or contemporaneous agreements or representations, written or oral, concerning the subject matter of this Addendum and such exhibits. The parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite. No other act, document, usage or custom shall be deemed to amend or modify this Addendum unless agreed to in writing signed by a duly authorized representative of both parties. In the event of any conflict between the terms of this Addendum and the terms of the Agreement, this Addendum shall control.