1  HAYNSWORTH, SINKLER BOYD, P.A.
2  CHRISTOPHER B. MAJOR, ESQ. (Pro Hac Vice)
   BONNIE A. LYNCH, ESQ. (Pro Hac Vice)
3  One North Main, 2nd Floor
   Greenville, SC 29601-2119
4  Telephone:   864-240-3200
   Facsimile:   864-240-3300
5
6  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY, ESQ. (SBN 82482)
7  TAYLOR F. FORD, ESQ. (SBN 297014)
   601 California Street, Suite 1900
8  San Francisco, California 94108
   Telephone:   (415) 397-2700
9  Facsimile:   (415) 397-3300
10
   Attorneys for Plaintiff KENTWOOL COMPANY
11
   GATTEY LAW OFFICE
12 SCOTT GATTEY, Esq. (SBN 180875)
   1001 Laurel Street, Suite C
13 San Carlos, CA 94070
   Telephone:   650-596-7123
14 Facsimile:   877-269-4437
15
   Attorneys for Defendant NETSUITE INC.
16

17                 UNITED STATES DISTRICT COURT
18                 NOTHERN DISTRICT OF CALIFORNIA
19

20 | KENTWOOL COMPANY,              | Case No. 14-cv-05264-JST
21 |         Plaintiff,             | **STIPULATION FOR AND**
   |                                | **[PROPOSED] ORDER EXTENDING**
22 |     v.                         | **TIME TO COMPLETE MEDIATION**
23 | NETSUITE INC.,                 | **ADR Local Rule 6-5**
24 |         Defendants.            |
25

26      Pursuant to Rule 6-5 of the ADR Local Rule for the United States District Court for the
27 Northern District of California, Plaintiff <u>KENTWOOL COMPANY</u> ("Kentwool") and
28 defendant <u>NETSUITE INC</u>. ("NetSuite"), by and through their counsel of record, hereby

1  stipulate that the Court may enter an order extending the parties' time to complete mediation
2  with the Court's ADR Unit from July 27, 2015 to August 20, 2015.  Entering the requested
3  order will not change or affect any other dates set by the Court in this action.
4       Pursuant to ADL Local Rule 6-5(b)(1), there is good cause for the entry of the requested
5  order, for the following reasons.  The appointed mediator, Daniel Bowling, Esq., and the parties
6  conducted a pre-mediation telephone conference pursuant to ADR Local Rule 6-6 on May 26,
7  2015.  The parties and the mediator selected several alternative dates for the upcoming
8  mediation, consistent with the dates available for counsel and the representative of defendant
9  NetSuite, subject to Plaintiff Kentwool determining the availability of its representative, the
10 Company's Chief Executive Officer, at the mediation.  The tentative dates selected were also
11 impacted by the necessity of completing certain limited discovery prior to the mediation, and
12 by the mediator's scheduled travel plans.  After all these matters were taken into account, the
13 only date available for all counsel, the mediator, and the clients among the several tentative
14 dates turned out to be August 19, 2015.
15      All parties concur in this request to extend the mediation deadline to August 20, 2015.
16 The parties accordingly are proceeding via a stipulation as opposed to a noticed motion.  ADR
17 Local Rule 6-5(b)(2).  A proposed Order accompanies this stipulation.  ADR Local Rule 6-
18 5(b)(3).
19      For the foregoing reasons, Counsel for Kentwool and counsel for NetSuite jointly ask
20 the Court to extend the deadline for completing mediation in this action to and including
21 August 20, 2015, by entering the requested order, submitted herewith.

Dated:  May 29, 2015                              DILLINGHAM & MURPHY, LLP
                                                  WILLIAM M. MURPHY, ESQ.
                                                  TAYLOR F. FORD, ESQ.

                                            By:  _____/s/ William F. Murphy_____
                                                  Attorneys for Plaintiff Kentwool Company

Dated:  May 29, 2015                              GATTEY LAW OFFICE
                                                  SCOTT GATTEY, ESQ.

                                            By:  _____/s/ Scott Gattey_____
                                                  Attorneys for Defendant NetSuite Inc.

**ORDER**

The Court, having reviewed for preceding Stipulation, and good cause appearing, hereby ORDERS that pursuant to Rule 6-5 of the ADR Rules for the United States District Court for the Northern District of California, the deadline for the parties to complete mediation is extended to and including August 20, 2015

Dated: _____June 2_____, 2015.



IT IS SO ORDERED
Judge Jon S. Tigar