UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENTWOOL COMPANY,

           Plaintiff,

     v.

NETSUITE INC,

           Defendant.

Case No.  14-cv-05264-JST

**ORDER TO FILE NOTICE OF SETTLEMENT**

Re: ECF No. 81

     The Court has received a Certification of ADR Session dated August 21, 2015, stating that the parties have fully settled this case.  ECF No. 81.  Within seven days of the date of this order, the parties shall file either a notice of settlement or a statement informing the Court that the case has not settled.  If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

     IT IS SO ORDERED.

Dated: September 4, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California