1 | HAYNSWORTH, SINKLER BOYD, P.A.
2 | CHRISTOPHER B. MAJOR, ESQ. (Pro Hac Vice)
BONNIE A. LYNCH, ESQ. (Pro Hac Vice)
3 | One North Main, 2nd Floor
Greenville, SC 29601-2119
4 | Telephone:    864-240-3200
Facsimile:    864-240-3300
5 |
6 | DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY, ESQ. (SBN 82482)
7 | TAYLOR F. FORD, ESQ. (SBN 297014)
601 California Street, Suite 1900
8 | San Francisco, California 94108
Telephone:    (415) 397-2700
9 | Facsimile:    (415) 397-3300

10 | Attorneys for Plaintiff KENTWOOL COMPANY

11 | GATTEY LAW OFFICE
12 | SCOTT D. GATTEY, Esq. (SBN 180875)
1001 Laurel Street, Suite C
13 | San Carlos, CA 94070
Telephone:    650-596-7123
14 | Facsimile:    877-269-4437

15 | Attorneys for Defendant NETSUITE INC.
16 |

17 | UNITED STATES DISTRICT COURT

18 | NOTHERN DISTRICT OF CALIFORNIA

19 |

20 | KENTWOOL COMPANY,                    Case No. 14-cv-05264-JST

21 |            Plaintiff,               **STIPULATION FOR AND [PROPOSED]
ORDER DISMISSING ACTION WITH
22 |       v.                            PREJUDICE**

23 | NETSUITE INC.,

24 |            Defendant.

25 |

26 |       Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

27 | KENTWOOL COMPANY ("Kentwool") and defendant NETSUITE INC. ("NetSuite"), by and

28 | through their counsel of record, hereby stipulate that the Court may enter an order dismissing

---

1   this action, in its entirety (including Kentwool's Amended Complaint, and NetSuite's

2   Counterclaim), with prejudice, each party to bear its own attorneys' fees and costs.

3   Dated:  September 9, 2015                    DILLINGHAM & MURPHY, LLP
                                                 WILLIAM M. MURPHY, ESQ.
4                                                TAYLOR F. FORD, ESQ.

5
                                        By:  _____/s/ William F. Murphy_____
6                                            Attorneys for Plaintiff Kentwool Company

7   Dated:  September 9, 2015                    GATTEY LAW OFFICE
                                                 SCOTT GATTEY, ESQ.
8

9                                       By:  _____/s/ Scott D. Gattey_____
                                             Attorneys for Defendant NetSuite Inc.
10

11

12                                    **ORDER**

13        The Court, having reviewed for preceding Stipulation, and good cause appearing,

14   hereby ORDERS that this action be dismissed with prejudice in its entirety, including

15   Kentwool's Amended Complaint and NetSuite's Counterclaim, each party to bear its own

16   attorneys' fees and costs.

17

18        Dated:     September 11, 2015

19

20                                    IT IS SO ORDERED

21

22                                    Judge Jon S. Tigar

23

24

25

26

27

28